**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____   Chapter   __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | MASHindustries, Inc. | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | DBA  Mash Industries, Inc. | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 46-3344644 | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 7150 Village Drive<br>Buena Park, CA 90621<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Orange<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | https://www.mashindustries.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | MASHindustries, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

3372

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor    MASHindustries, Inc.                                    Case number (if known) _____
_____
Name

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11.  Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**■  Statistical and administrative information**

**13.  Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    MASHindustries, Inc.                                    Case number (*if known*) _____
          Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor   MASHindustries, Inc.                                          Case number (if known)
         Name

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   April 24, 2024
              MM / DD / YYYY

X _____          Bernard Brucha
Signature of authorized representative of debtor     Printed name

Title   Chief Executive Officer

---

**18. Signature of attorney**

X _____          Date   April 24, 2024
Signature of attorney for debtor                          MM / DD / YYYY

Susan K. Seflin 213865
Printed name

BG LAW LLP
Firm name

21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Number, Street, City, State & ZIP Code

Contact phone   (818) 827-9000      Email address   sseflin@bg.law

213865 CA
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    MASHindustries, Inc.

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING – Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 24, 2024            X _____
                                      Signature of individual signing on behalf of debtor

                                      Bernard Brucha
                                      Printed name

                                      Chief Executive Officer
                                      Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  MASHindustries , Inc.

United States Bankruptcy Court for the:  Central _____ District of  California
(State)

Case number (If known):  _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | 4143 BSP VBP PROPCO LLC | 7420 S Kyrene Road Tempe AZ 85283 | Rent | | | | 625,751 |
| 2 | 4192 Billd Exchange, LLC | 3800 N Lamar Blvd #210 Austin TX 78756 | Construction Funding | | | | 492,471 |
| 3 | 3321 Robert Rivas | 47 Bayshore Ave #4 Long Beach CA 90803 | Commission | | | | 150,000 |
| 4 | 4016 Next Level Installations LLC | 13518 S. Normandie Ave Gardena CA 90249 | Trade | | | | 146,122 |
| 5 | 3205 GL Veneer Company, Inc. | 2224 East Slauson Ave Huntington Park CA 90255 | Trade | | | | 132,723 |
| 6 | 3201 RRS Finishers Group, LLC | 9718 Alexander Avenue APT B South Gate CA 90280 | Trade | | | | 109,098 |
| 7 | 4057 Tile Expo Inc | 1360 S State College Blvd Anaheim CA 92806 | Trade | | | | 103,892 |
| 8 | Royal Plywood | Royal Plywood Company PO Box 728 La Mirada CA 90637 | Trade | | | | 87,588.61 |

Debtor    **MASHindustries , Inc.** _____    Case number _(if known)_____
           Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | State Franchise Sales Tax Board | 450 N Street Sacramento CA 95814 | Sales Tax | | | | 81,946 |
| 10 | 3498 National Search Group Inc. | 17670 NW 78th Avenue, Unit 103 Hialeah FL 33015 | Professional Services | D | | | 42,000 |
| 11 | 2927 West Coast Laminating, Inc. | 1150 N. Red Gum Unit A Anaheim CA 92806 | Trade | | | | 27591.22 |
| 12 | 3210 National Marble & Architectural Stone, Inc | 841 Rainbow Dr. Glendora CA 91741 | Trade | | | | 24,860 |
| 13 | 3432 Forest Plywood Co. | 14711 Artesia Blvd La Mirada CA 90638 | Trade | | | | 22,411 |
| 14 | 4170 SINGERLEWAK LLP - MI | 10960 WILSHIRE BLVD LOS ANGELES CA 19605 | Professional Services | | | | 19,323 |
| 15 | 3667 Frank Recruitment Group | 501 East Kennedy Blvd Suite 1900 Tampa FL 33602 | Profesional Services | D | | | 18,341 |
| 16 | 3506 Ortiz Custom Upholstery, Inc | 4346 East La Palma Avenue Anaheim CA 92807 | Trade | | | | 15,538 |
| 17 | 3414 California Timberline Inc | P.O. BOX 149 Chino CA 91708 | Trade | | | | 14,917 |
| 18 | 3362 CPS/Garten Corporation | 25172 Artic Ocean Drive Lake Forest, CA  92630 | Trade | | | | 12,617 |
| 19 | 3389 Phillips Plywood Company, Inc. | 13599 Desmond Street Pacoima CA 91331 | Trade | | | | 12,597 |
| 20 | 3200 IDS Interior Detail Solution | 354 Pointe Drive Brea CA 92821 | Trade | | | | 12,485 |

### ACTION BY UNANIMOUS WRITTEN CONSENT OF
### THE BOARD OF DIRECTORS OF
### MASHINDUSTRIES, INC.
### (a California corporation)

### Effective as of April 23, 2024

The undersigned, constituting all of the members of the Board of Directors (the "Board")
of MASHINDUSTRIES, INC., a California corporation (the "Company"), do hereby consent to
and approve, by this unanimous written consent (this "Written Consent"), the adoption of the
following resolutions without a meeting, pursuant to Section 307(b) of the California
Corporations Code and the bylaws of the Company, effective as of the date set forth above:

### 1.    Filing of Petition Under Chapter 11 of Bankruptcy Code.

**WHEREAS,** the Board has considered the financial condition and circumstances
of the Company, including without limitation the assets and liabilities of the Company,
the strategic alternatives available to the Company, pending litigation that the Company
is involved in and the impact of the foregoing on the Company's business; and

**WHEREAS,** the Board has had the opportunity to consult with its professional
advisors as to the relative risks and benefits of filing a bankruptcy case.

**NOW, THEREFORE, BE IT RESOLVED,** that in the judgment of the Board,
it is desirable and in the best interests of the Company, its creditors, its shareholders, and
other parties in interest, that a petition under the provisions of chapter 11 of 11 U.S.C. §§
101 *et seq.* (the "Bankruptcy Code") be filed by the Company with the United States
Bankruptcy Court, Central District of California, on April 24, 2024, or such other date as
is determined to be optimal for the Company by the Company's designated officer
Bernard Brucha ("the Designated Officer").

**RESOLVED FURTHER,** that the Designated Officer, and anyone designated by
the Designated Officer, is hereby authorized and directed on behalf of and in the name of
the Company to execute a chapter 11 petition and all related documents and papers on
behalf of the Company in order to enable the Company to commence a chapter 11
bankruptcy case on April 24, 2024, or such other date is determined to be optimal for the
Company by the Designated Officer of the Company.

**RESOLVED FURTHER,** that the Designated Officer is hereby authorized and
directed on behalf of and in the name of the Company to execute and file and to cause
counsel for the Company to prepare with the assistance of the Company as appropriate
all petitions, schedules, lists and other papers, documents and pleadings in connection
with the Company's bankruptcy case, and to take any and all action which the
Designated Officer deems necessary and proper in connection with the Company's
bankruptcy case without further approval of the Board provided such action is within the
ordinary course of the Company's business and bankruptcy case. Such ordinary course
actions shall include, but not be limited to, employing counsel and other professionals

(both prior to and after the Company's bankruptcy filing), seeking Bankruptcy Court approval of a plan or other necessary motions, commencing litigation as necessary and negotiating with creditors, landlords and any other party in interest as needed.

**RESOLVED FURTHER,** that the omission from these resolutions of any agreement, document or other instrument contemplated by any of the transactions described in the foregoing resolutions or of any action to be taken in accordance with any requirement of any of the agreements, documents or instruments described in the foregoing resolutions shall in no manner derogate from the authority of the Designated Officer to take all actions necessary, desirable, advisable or appropriate to consummate, effectuate, carry out or further the transactions contemplated by, and the intent and purposes of, the foregoing resolutions; and

**RESOLVED FURTHER,** that all acts and things heretofore done and all actions taken by the Designated Officer on behalf of the Company in connection with the transactions contemplated by the foregoing resolutions are adopted and approved as acts by and on behalf of the Company.

**IN WITNESS WHEREOF,** the undersigned has executed this Written Consent as of the date first written above.

_____     4.23.24

Bernard Brucha

See Attached Signature Pages

_____

(both prior to and after the Company's bankruptcy filing), seeking Bankruptcy Court approval of a plan or other necessary motions, commencing litigation as necessary and negotiating with creditors, landlords and any other party in interest as needed.

**RESOLVED FURTHER,** that the omission from these resolutions of any agreement, document or other instrument contemplated by any of the transactions described in the foregoing resolutions or of any action to be taken in accordance with any requirement of any of the agreements, documents or instruments described in the foregoing resolutions shall in no manner derogate from the authority of the Designated Officer to take all actions necessary, desirable, advisable or appropriate to consummate, effectuate, carry out or further the transactions contemplated by, and the intent and purposes of, the foregoing resolutions; and

**RESOLVED FURTHER,** that all acts and things heretofore done and all actions taken by the Designated Officer on behalf of the Company in connection with the transactions contemplated by the foregoing resolutions are adopted and approved as acts by and on behalf of the Company.

**IN WITNESS WHEREOF,** the undersigned has executed this Written Consent as of the date first written above.

_____

Bernard Brucha

_____

Mark Gullikson

_____

Jennifer Murray

_____

Lisa Boardman

(both prior to and after the Company's bankruptcy filing), seeking Bankruptcy Court approval of a plan or other necessary motions, commencing litigation as necessary and negotiating with creditors, landlords and any other party in interest as needed.

**RESOLVED FURTHER,** that the omission from these resolutions of any agreement, document or other instrument contemplated by any of the transactions described in the foregoing resolutions or of any action to be taken in accordance with any requirement of any of the agreements, documents or instruments described in the foregoing resolutions shall in no manner derogate from the authority of the Designated Officer to take all actions necessary, desirable, advisable or appropriate to consummate, effectuate, carry out or further the transactions contemplated by, and the intent and purposes of, the foregoing resolutions; and

**RESOLVED FURTHER,** that all acts and things heretofore done and all actions taken by the Designated Officer on behalf of the Company in connection with the transactions contemplated by the foregoing resolutions are adopted and approved as acts by and on behalf of the Company.

**IN WITNESS WHEREOF,** the undersigned has executed this Written Consent as of the date first written above.

_____
Bernard Brucha

_____
Mark Gullikson

_____
Jennifer Murray

_____
Lisa Boardman

(both prior to and after the Company's bankruptcy filing), seeking Bankruptcy Court approval of a plan or other necessary motions, commencing litigation as necessary and negotiating with creditors, landlords and any other party in interest as needed.

**RESOLVED FURTHER,** that the omission from these resolutions of any agreement, document or other instrument contemplated by any of the transactions described in the foregoing resolutions or of any action to be taken in accordance with any requirement of any of the agreements, documents or instruments described in the foregoing resolutions shall in no manner derogate from the authority of the Designated Officer to take all actions necessary, desirable, advisable or appropriate to consummate, effectuate, carry out or further the transactions contemplated by, and the intent and purposes of, the foregoing resolutions; and

**RESOLVED FURTHER,** that all acts and things heretofore done and all actions taken by the Designated Officer on behalf of the Company in connection with the transactions contemplated by the foregoing resolutions are adopted and approved as acts by and on behalf of the Company.

**IN WITNESS WHEREOF,** the undersigned has executed this Written Consent as of the date first written above.

_____
Bernard Brucha

_____
Mark Gullikson

_____
Jennifer Murray

_____
Lisa Boardman

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Susan K. Seflin 213865<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br>(818) 827-9000 Fax: (818) 827-9099<br>California State Bar Number: 213865 CA<br>sseflin@bg.law | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>MASHindustries, Inc.<br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __13__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  April 24, 2024

_____
Signature of Debtor 1

Date:

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  April 24, 2024

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                    **F 1007-1.MAILING.LIST.VERIFICATION**

Amazon Business
Amazon Capital Services
PO Box 035184
Seattle, WA 98124-5184

American Express
PO Box 650448
Dallas, TX 75265-0448

Architectural Millwork Installers Inc
1230 Madera Rd Ste 5174
Simi Valley, CA 93065-4045

AT and T
PO Box 5014
Carol Stream, IL 60197

Atlas Sheet Metal, Inc
Raelene Pace
19 Musick
Irvine, CA 92618

Bay Alarm Company
PO Box 7137
San Francisco, CA 94120-7137

Biesse America Inc
PO Box 19849
Charlotte, NC 28219

Big Red Machine Shop
2522 North Ontario St.
Burbank, CA 91504

Billd Exchange, LLC
3800 N Lamar Blvd
No. 210
Austin, TX 78756

BSP VBP PROPCO LLC
7420 S Kyrene Road
Suite 101
Tempe, AZ 85283

California Building Care Inc
23986 Aliso Creek Road
Laguna Niguel, CA 92677

California Department of Tax and Fee Administration
450 N Street
Sacramento, CA 95814-4311

California Department of Tax and Fee Administration
PO Box 942879
Sacramento, CA 94279

California Office of the Attorney General
PO Box 944255
Sacramento, CA 94244-2550

California Panel and Veneer Co.
14055 Artesia Blvd
Cerritos, CA 90703-3250

California Timberline Inc
PO Box 149
Chino, CA 91708

Charles McMurray Company
Charles McMurray
PO Box 569
Fresno, CA 93709-0509

Chase - 7004 Equipment Loan
PO Box 44959
Indianapolis , IN 46244-4959

Chase Bank
13350 West Park Ave., Ste A1
Boulder Creek, CA 95006

Chase VISA
PO Box 6294
Carol Stream, IL 60197-6294

Citizens Business Bank
23046 Avenida De La Carlota, Suite 100
Laguna Hills, CA 92653

City of Buena Park
Attn: Finance Department
PO Box 5009
Buena Park, CA 90622-5009

City of Los Angeles
Office of Finance Special Desk Unit
200 North Spring Street, Room 101
Los Angeles, CA 90012

Coast To Coast Metal Finishing Corp
401 South Raymond Avenue
Alhambra, CA 91803

CPS Garten Corporation
25172 ARCTIC OCEAN DR
Suite 108
Lake Forest, CA 92630-8848

Custom Installations
1939 Friendship Drive Suite B
EL Cajon, CA 92020

Drawer Box Specialties

E.B. Bradley
1150 N. Red Gum
Anaheim, CA 92806

Employment Development Department
PO Box 826880
Sacramento, CA 94280

Fantastic Wood Coatings
1260 West Holt Boulevard
Ontario, CA 91762

First Interstate Mastercard
PO Box 241826
Omaha , NE 68124

Flores Marble and Granite
533 South Central Park Avenue West
Anaheim, CA 92802

Forest Plywood - MI
14711 Artesia Blvd
La Mirada, CA 90638

Frama-Tech Inc.
8851 Navarre Parkway
Navarre, FL 32566

Frank Recruitment Group
501 East Kennedy Blvd
Suite 1900
Tampa, FL 33602

G and G Millwood Installation Inc.
591 N. Heatherstone Dr
Orange, CA 92869

Gaslamp Insurance
2244 Faraday Ave
No. 125
Carlsbad, CA 92008

GL Veneer Company, Inc.
2224 East Slauson Avenue
Huntington Park, CA 90255

GLC Millworks
100 W. Walnut Ave.
Fullerton, CA 92831

Go To Communications, Inc
PO Box 412252
Boston, MA 02241-2252

Grainger Industrial Supply
310 East Ball Road
Anaheim, CA 92805

Guardian
PO Box 677458
Dallas, TX 75267-7458

Hardwoods Specialty Products US LP
PO Box 741685
Los Angeles, CA 90074-1685

Haskell and White LLP
300 Spectrum Center Drive
Suite 300
Irvine, CA 92618

Hedrick Fire Protection
13309 Central Avenue
Chino, CA 91710

Hexagon Manufacturing Intelligence Inc
Lockbox 771742
1742 Solutions Center
Chicago, IL 60677

Highland Lumber Sales, Inc
300 E. Santa Ana St.
Anaheim, CA 92805

Humanscale Corporation
220 Circle Drive North
Piscataway, NJ 08854

IDS Interior Detail Solution
Kurt Cledjo
354 Pointe Drive
Brea, CA 92821

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

IPFS Corporation of California
PO Box 100391
Pasadena, CA 91189-0391

Jpmorgan Chase Bank, NA
Collateral Mgmt Small Business
PO Box 33035
Louisville, KY 40232-9891

Kairos Tooling
13000 Arctic Circle
Santa Fe Springs, CA 90670

King of Finishing, Inc.
1478 Heatherton Ave
Rowland Heights, CA 91748

L and W Supply
300 South Riverside Plaza
Suite 200
Chicago, IL 60661

Leuco Tool Corporation
PO Box 96330
Charlotte, NC 28296-0330

Lumicor, Inc
1400 Monster Road SW
Renton, WA 98057

MASHindustries, Inc.
c o BG Law
Attn: Susan K. Seflin
7150 Village Dr
Buena Park, CA 90621

McMaster-Carr Supply Co.
PO Box 7690
Chicago, IL 60680-7690

Nace Sheet Metal Corp
1384 N Hundley Street
Anaheim, CA 92806

National Marble and Architectural Stone, Inc
841 Rainbow Dr.
Glendora, CA 91741

National Search Group Inc.
17670 NW 78th Avenue, Uni 103
Hialeah, FL 33015

Next Level Installations LLC
13518 S. Normandie Ave.
Gardena, CA 90249

Noe Tellez
3122 Mangum Street
Baldwin Park, CA 91706

NuWorld Business Systems
13125 Midway Place
Cerritos, CA 90703-2232

Occupational Health Centers of California, A Medical Corp
28035 Avenue Stanford
Santa Clarita, CA 91355

OpenWorks
2355 E Camelback Rd.
Suite 600
Phoenix, AZ 85016

Orange Aluminum Corporation
13111 Meyer Road
Santa Fe Springs, CA 90605

Orange Courier, Inc.
15300 Desman Rd.
La Mirado, CA 90638

Ortiz Custom Upholstery, Inc
4346 East La Palma Avenue
Anaheim, CA 92807

Pac Com Abrasives and Supplies Inc
13564 Larwin Circle
Santa Fe Springs, CA 90670

Pacific Coast Propane Llc
539 W Main St
ontario, CA 91762

Pacific Upholstery
325 E. Alondra Blvd.
Gardena, CA 90248

Paychex 401K
1535 Scenic Ave
Suite 100
Costa Mesa, CA 92626

Phillips Plywood Company, Inc.
13599 Desmond Street
Pacoima, CA 91331

PRL Glass
13644 Nelson Avenue
City of Industry, CA 91746

Quench USA, Inc
PO Box 735777
Dallas, TX 75373-5777

R Laser and Water Jet Inc.
2311 Seaman Ave
South El Monte, CA 91733

Randstad Engineering

Revelations Integrated Services Inc.
176 W. Pomona Ave
Monrovia, CA 91016

Richelieu
18747 Clarkdale Ave
Artesia, CA 90701

RingCentral
PO Box 734232
Dallas, TX 75373-4232

Robert Rivas
47 Bayshore Ave No. 4
Long Beach, CA 90803

Royal Plywood Company, Llc
PO Box 728
La Mirada, CA 90637-0728

Royal Plywood Company, LLC
Royal Plywood Company
PO Box 728
La Mirada, CA 90637-0728

RRS Finishers Group, LLC
9718 Alexander Avenue
APT B
South Gate, CA 90280

Rubio Monocoat USA, LLC
22111 State Highway 71
301
Spicewood, TX 78669

SC Fuels
1800 W Katella Ave
Orange, CA 92867

SG cad Inc.
1603 E. Cache La Poudre
Colorado Springs, CO 80909

Sherwin Williams
8061 Orangethorpe Ave
Buena Park, CA 90621

Sierra Forest Products
15501 Mosher Ave
Tustin, CA 92780

Singerlewak LLP - MI
10960 Wilshire Blvd
Los Angeles, CA 19605

Skillset Group
3631 S Harbor Blvd, 130
Santa Ana, CA 92704

Smash My Trash Northwest Anaheim
R and F Partners
11518 Telegraph Road
Suite No. 237
Santa Fe Springs, CA 90670

Spectrum Enterprise
Charter Communications
Box 223085
Pittsburgh, PA 15251-2085

Stiles Machinery Inc
3965 44th St., SE
Grand Rapids, MI 49512

Summa Solutions, Inc.
1309 Hunter Street
York, SC 29745

Talbert Architectural Panel and Door, Inc
711 S Stimson Ave
City of Industry, CA 91745

The Cook and Boardman Group LLC
3064 Salem Industrial Drive
Winston Salem, NC 27127

Tile Expo Inc
1360 S State College Blvd
Anaheim, CA 92806

Toyota Financial
1230 Santa Monica Blvd
Santa Monica, CA 90404

U.S. Bank Equipment Finance
A Division Of U.S. Bank National Association
1310 Madrid Street
Marshall, MN 56258

U.S. Small Business Administration
1545 Hawkins Blvd, Suite 202
El Paso, TX 79925

Uline, Inc.
PO Box 88741
Chicago, IL 60680-1741

United Forklift
12401 Slauson Avenue
Whittier, CA 90606

United States Trustee SA
411 W Fourth St
Suite 7160
Santa Ana, CA 92701-4593

US Attorney for the Central District of California
David Harris, Chief, Civil Division
300 N. Los Angeles Street, 7th Floor
Office of the United States Attorney
Los Angeles, CA 90012

US Bank Equipment
PO Box 790448
St Louis, MO 63179-0448

Vista Paint
2020 East Orangethorpe Avenue
Fullerton, CA 92831

West Coast Laminating, Inc.
1150 N. Red Gum
Unit A
Anaheim, CA 92806

Wired World
15055 Manzanares Road
La Mirada, CA 90638

Wood Repair Products, Inc.
616 North Eckhoff Street
Orange, CA 92868

Wurth Louis and Company

XpressMyself.com LLC
300 Cadman Plaza West
Ste 1303
Brooklyn, NY 11201

Z.E.M. Design
Jared Warner
8405 La Bajada Ave
Whittier, CA 90605