**MASHindustries**
**Balance Sheet**
**End of Dec 2023**

| Financial Row | Amount |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Bank** | |
|       **1000 - Cash Accounts** | |
|         1051 - Petty Cash - MI | $4,148.81 |
|         1060 - Checking-Chase 8725 | $13,816.00 |
|         1075 - Signature Bank NY - 5570 | $20.71 |
|       **Total - 1000 - Cash Accounts** | **$17,985.52** |
|     **Total Bank** | **$17,985.52** |
|     **Accounts Receivable** | |
|       **1100 - Accounts Receivable** | |
|         1100 - Accounts Receivable | $1,476,289.93 |
|       **Total - 1100 - Accounts Receivable** | **$1,476,289.93** |
|     **Total Accounts Receivable** | **$1,476,289.93** |
|     **Other Current Asset** | |
|       **1300 - Inventory** | |
|         1300 - Inventory | $101,416.25 |
|       **Total - 1300 - Inventory** | **$101,416.25** |
|       **1340 - Prepaids** | |
|         1360 - Prepaid Insurance | $24,754.52 |
|       **Total - 1340 - Prepaids** | **$24,754.52** |
|       **1400 - Work In Process** | |
|         1410 - WIP - Costs | $64,191.92 |
|       **Total - 1400 - Work In Process** | **$64,191.92** |
|       Purchases Returned Not Credited | $179.60 |
|     **Total Other Current Asset** | **$190,542.29** |
|   **Total Current Assets** | **$1,684,817.74** |
|   **Fixed Assets** | |
|     **1800 - Fixed Assets** | |
|       1810 - Vehicles | $6,000.00 |
|       1815 - Equipment & Machinery | $664,414.08 |
|       1816 - Equip Asset - AH | $723,807.36 |
|       1840 - Furniture and Fixture Asset | $39,428.00 |
|       1850 - Computer Assets - Hardware | $8,758.97 |
|       1855 - Computer Assets - Software | $52,291.89 |
|       1870 - Leasehold Improvements | $755,865.00 |
|       1899 - Accumulated Depreciation | ($2,026,932.97) |
|     **Total - 1800 - Fixed Assets** | **$223,632.33** |
|   **Total Fixed Assets** | **$223,632.33** |
|   **Other Assets** | |
|     **1500 - Other Asset** | |
|       1520 - Deposits | $268,275.53 |
|     **Total - 1500 - Other Asset** | **$268,275.53** |
|   **Total Other Assets** | **$268,275.53** |
| **Total ASSETS** | **$2,176,725.60** |

**MASHindustries**
**Balance Sheet**
**End of Dec 2023**

| Financial Row | Amount |
| --- | --- |
| **Liabilities & Equity** | |
|   **Current Liabilities** | |
|     **Accounts Payable** | |
|       **2010 - Accounts Payable** | |
|         2010 - Accounts Payable | $1,453,485.03 |
|       **Total - 2010 - Accounts Payable** | **$1,453,485.03** |
|     **Total Accounts Payable** | **$1,453,485.03** |
|     **Credit Card** | |
|       **2020 - American Express** | |
|         2026 - American Express | $17,963.63 |
|       **Total - 2020 - American Express** | **$17,963.63** |
|       2040 - Chase Visa | $122,435.19 |
|     **Total Credit Card** | **$140,398.82** |
|     **Other Current Liability** | |
|       **2000 - Current Liabilities** | |
|         2300 - 401K Payable | $71,250.12 |
|         2520 - Accrued Vacation | $45,995.98 |
|         2530 - Accrued Expenses | $22,079.65 |
|         2700 - Deferred Rent | $187,050.21 |
|         2715 - I/C Loan Account | $6,414,051.70 |
|         2716 - SBA Payroll Loan | $499,900.00 |
|       **Total - 2000 - Current Liabilities** | **$7,240,327.66** |
|       Sales Taxes Payable CA | $131,729.91 |
|       Accrued Purchases | $28,540.50 |
|     **Total Other Current Liability** | **$7,400,598.07** |
|   **Total Current Liabilities** | **$8,994,481.92** |
|   **Long Term Liabilities** | |
|     **2800 - Long Term Liabilities** | |
|       2840 - Chase - 7003 Equipment Loan | $10,447.59 |
|       2845 - Chase - 7004 Equipment Loan | $73,571.04 |
|     **Total - 2800 - Long Term Liabilities** | **$84,018.63** |
|   **Total Long Term Liabilities** | **$84,018.63** |
|   **Equity** | |
|     **3000 - Equity** | |
|       3010 - Capital Stock | $1,000.00 |
|       3020 - Additional Paid-In Capital | $330,000.00 |
|     **Total - 3000 - Equity** | **$331,000.00** |
|     Retained Earnings | ($4,089,965.27) |
|     Net Income | ($3,142,809.68) |
|   **Total Equity** | **($6,901,774.95)** |
| **Total Liabilities & Equity** | **$2,176,725.60** |