**MASHindustries**
**Income Statement**
**From Jan 2023 to Dec 2023**

| Financial Row | Amount |
|---|---|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     **4000 - Operating Income** | |
|       4010 - Product Sales | $1,377,769.33 |
|       4050 - Storage Revenue | $51,505.44 |
|       4060 - Commercial Income | $3,572,458.85 |
|     **Total - 4000 - Operating Income** | **$5,001,733.62** |
|     **4300 - Discounts** | |
|       4380 - Discounts Given | ($7,706.96) |
|     **Total - 4300 - Discounts** | **($7,706.96)** |
|   **Total - Income** | **$4,994,026.66** |
|   **Cost Of Sales** | |
|     **5000 - Cost of Goods Sold** | |
|       **5010 - COGS - Materials** | |
|         5023 - COGS Finishing Materials | ($5,776.19) |
|       **Total - 5010 - COGS - Materials** | **($5,776.19)** |
|       5011 - D/E Materials | $22,889.07 |
|       5020 - D/E Millwork | $2,082,954.49 |
|       5030 - D/E Equipment Rental | $5,381.57 |
|       5060 - D/E Shop Supply | $11,257.89 |
|       5070 - D/E Sanitation | $20,084.74 |
|       5085 - D/E Commissions | $181,193.00 |
|     **Total - 5000 - Cost of Goods Sold** | **$2,317,984.57** |
|     **5100 - D/E RESEARCH & DEVELOPMENT** | |
|       5115 - D/E Samples | $179.24 |
|     **Total - 5100 - D/E RESEARCH & DEVELOPMENT** | **$179.24** |
|     **5300 - Direct Labor** | |
|       5310 - D/E Production Labor | $1,155,094.02 |
|       5320 - D/E Payroll Tax | $100,485.25 |
|     **Total - 5300 - Direct Labor** | **$1,255,579.27** |
|     **5500 - Other Job Costs** | |
|       5540 - D/E Small Tool | $16,313.60 |
|       5585 - COGS Sales Tax | $132,587.00 |
|     **Total - 5500 - Other Job Costs** | **$148,900.60** |
|   **Total - Cost Of Sales** | **$3,722,643.68** |
|   **Gross Profit** | **$1,271,382.98** |
|   **Expense** | |
|     **6000 - Equip Expense** | |
|       6050 - Equip Repair | $2,079.50 |
|     **Total - 6000 - Equip Expense** | **$2,079.50** |
|     **6100 - Vehicle Expense** | |
|       6110 - Vehicle Fuel | $11,700.05 |
|       6120 - Vehicle Lease Expense | $29,347.80 |
|       6150 - Vehicle Repair/Maint/Supplies | $4,577.07 |
|     **Total - 6100 - Vehicle Expense** | **$45,624.92** |
|     **6500 - Equip Other Cost** | |
|       6520 - Equip Lease Expense | $37,080.00 |
|       6530 - Equip Interest Expense | $9,107.37 |
|     **Total - 6500 - Equip Other Cost** | **$46,187.37** |
|   **Total - Expense** | **$93,891.79** |
| **Net Ordinary Income** | **$1,177,491.19** |

**MASHindustries**
**Income Statement**
**From Jan 2023 to Dec 2023**

| Financial Row | Amount |
|---|---|
| **Other Income and Expenses** | |
| **Other Income** | |
| **4700 - Other Income** | |
| 4999 - Other Income | $716,133.58 |
| **Total - 4700 - Other Income** | **$716,133.58** |
| **Total - Other Income** | **$716,133.58** |
| **Other Expense** | |
| **7000 - Overhead Expense** | |
| 7010 - O/H Rent | $589,616.57 |
| 7020 - O/H Utilities | $104,470.23 |
| 7030 - O/H Shop Supplies | ($211.14) |
| 7035 - O/H Equip Rental | $7,452.46 |
| 7040 - O/H Repairs & Maint | $3,781.96 |
| 7041 - O/H Office Maint & Rep | $986.80 |
| 7045 - O/H Telephone | $13,474.50 |
| 7050 - O/H Cellular Phones | $19,785.44 |
| 7055 - O/H Internet | $16,788.00 |
| 7060 - O/H Software/Hardware Expenses | $66,569.67 |
| 7065 - O/H Janitorial | $11,044.78 |
| 7070 - O/H Licenses & Fees | $5,489.53 |
| 7080 - O/H Office Supply/Expense | $4,320.90 |
| 7085 - O/H Postage | $310.11 |
| **Total - 7000 - Overhead Expense** | **$843,879.81** |
| **7100 - Professional Services** | |
| 7110 - O/H Accounting Fees | $118,629.29 |
| 7115 - O/H Legal Fees | $3,700.00 |
| 7120 - O/H IT Services | $38,278.00 |
| **Total - 7100 - Professional Services** | **$160,607.29** |
| **7200 - O/H Travel Expenses** | |
| 7200 - O/H Travel Expenses | $6,024.22 |
| 7205 - O/H Meals & Enter | $2,322.91 |
| 7210 - O/H Lodging | $2,165.90 |
| 7215 - O/H Transportation | $1,473.79 |
| 7220 - O/H Mileage | $2,221.39 |
| 7225 - O/H Meetings | $435.91 |
| **Total - 7200 - O/H Travel Expenses** | **$14,644.12** |
| **7300 - Overhead Labor** | |
| 7310 - O/H Labor | $1,767,261.90 |
| 7320 - O/H Payroll Tax | $142,658.36 |
| 7345 - O/H Payroll Fees | $21,437.85 |
| 7350 - O/H Workers Comp | $85,075.56 |
| 7360 - O/H Health Insurance | $168,441.65 |
| **Total - 7300 - Overhead Labor** | **$2,184,875.32** |
| **7425 - Overhead HR Summary** | |
| 7410 - O/H Profit Sharing Contribution | $20,585.61 |
| 7430 - O/H Recruiting / HR | $85,735.91 |
| 7435 - O/H Seminars & Training | $900.00 |
| 7490 - O/H Contract Labor | $72,491.62 |
| **Total - 7425 - Overhead HR Summary** | **$179,713.14** |
| **7500 - O/H Insurance Expense Overhead** | |
| 7500 - O/H Insurance Expense Overhead | $26,069.28 |
| 7510 - O/H General Liability Ins | $63,721.43 |
| **Total - 7500 - O/H Insurance Expense Overhead** | **$89,790.71** |
| **7600 - Bank & Finance** | |
| 7610 - O/H Finance Charges | $1,311.78 |
| 7620 - O/H Bank Charges | $934.05 |
| 7640 - O/H Credit Card Fees | $1,310.13 |
| 7690 - O/H Bad Debt | $6,396.12 |
| **Total - 7600 - Bank & Finance** | **$9,952.08** |

**MASHindustries**
**Income Statement**
**From Jan 2023 to Dec 2023**

| Financial Row | Amount |
| --- | --- |
| **7700 - Sale & Marketing Overhead** | |
|    7710 - O/H Advertising/Promotions | $4,459.77 |
|    7745 - O/H Marketing Other | $837.60 |
|    7750 - O/H Special Events | $1,763.91 |
| **Total - 7700 - Sale & Marketing Overhead** | **$7,061.28** |
| **7800 - Vehicle Expense Overhead** | |
|    7820 - O/H Fuel | $2.00 |
|    7825 - O/H Auto Insurance | $7,769.60 |
| **Total - 7800 - Vehicle Expense Overhead** | **$7,771.60** |
| **7900 - O/H Other Expense Overhead** | |
|    7900 - O/H Other Expense Overhead | ($132.05) |
|    7910 - O/H Misc. Taxes & Fees | $12,380.15 |
|    7980 - O/H Inventory Adj | ($2,160.00) |
| **Total - 7900 - O/H Other Expense Overhead** | **$10,088.10** |
| **8000 - Admin Infrastructure** | |
|    **8490 - O/H Admin Other Expenses** | |
|       8740 - O/H Depreciation Expense | $90,945.43 |
|    **Total - 8490 - O/H Admin Other Expenses** | **$90,945.43** |
| **Total - 8000 - Admin Infrastructure** | **$90,945.43** |
| **9000 - Income Tax** | |
|    9020 - State Income Tax Expense | $1,825.00 |
| **Total - 9000 - Income Tax** | **$1,825.00** |
|    9999 - Adjustments and Clearing | $14,013.76 |
| **Total - Other Expense** | **$3,615,167.64** |
| **Net Other Income** | **($2,899,034.06)** |
| **Net Income** | **($1,721,542.87)** |