| | FOR COURT USE ONLY |
|---|---|
| | **FILED & ENTERED**<br><br>APR 25 2024<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** deramus **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>MASHindustries, Inc.<br>Dba MASH INDUSTRIES, INC.<br><br>                                  Debtor(s) | CASE NO.: 8:24-bk-11046 TA<br><br>CHAPTER: 11<br><br>**ORDER SETTING SCHEDULING AND CASE MANAGEMENT CONFERENCE IN SUBCHAPTER V CASE**<br><br>DATE:    MAY 22, 2024<br>TIME:    10:00 A.M.<br>COURTROOM: 5B VIA ZOOM/GOV HEARING<br>PLACE: U.S. Bankruptcy Court<br>         Ronald Reagan Federal Building<br>         411 W. Fourth Street<br>         Santa Ana, CA 92701 |
|---|---|

   **PLEASE TAKE NOTICE** that, pursuant to 11 U.S.C. § 1188(a), the Court will conduct a status conference in the above case at the place and time set forth above.

   **PLEASE TAKE FURTHER NOTICE** that, based upon the Court's records and evidence presented at the status conference, the Court may do one or more of the following at the status conference (or at any continued hearing) without further notice:

1. dismiss the case;
2. convert the case to another chapter;
3. set a deadline for "early meeting" (if still necessary) with the appointed trustee to exchange information and discuss plan prospects;
4. order that the chapter 11 trustee replace the debtor (11 U.S.C. §§ 1183(b)(5) and 1185(a));
5. establish deadlines for the filing of claims, requests for payment of expenses of administration and/or objections to claims;
6. consider whether a disclosure statement is appropriate in this case (11 U.S.C. §1181(b));
7. fix the scope and format of the notice to be provided regarding the hearing on approval of any such disclosure statement;
8. provide that the hearing on approval of any such disclosure statement may be combined with the hearing on confirmation of the plan;
9. extend the deadline for filing of a plan beyond 90 days for reasons 'attributable to circumstances for which the debtor should not justly be held accountable;
10. set a schedule for confirmation of a plan;
11. set deadlines for compliance with reporting and other chapter 11 debtor in possession requirements;

12. set deadlines for the assumption or rejection of executory contracts or unexpired leases;
13. set deadline for 11 U.S.C. § 1111(b) election;
14. set deadlines for valuation of property and/or;
15. refer matters to mediation.

**IT IS HEREBY ORDERED** as follows:

1. The debtor in possession shall serve a copy of this order on the United States Trustee, the appointed Trustee, all secured creditors, the 20 largest unsecured creditors and any parties that have requested special notice in the cases not less than 24 days prior to the date scheduled for the status conference;

2. The debtor in possession (or the chapter 11 trustee, if the debtor has been removed as DIP) shall file with the court and serve on the parties identified in the preceding paragraph not less than 14 days prior to the date scheduled for the status conference a written status report using the Subchapter V Status Report form that can be located on the court's website.

###

Date: April 25, 2024

Theodor C. Albert
United States Bankruptcy Judge

This form is for the **EXCLUSIVE** use of the United States Bankruptcy Court, Central District of California, Santa Ana Division.

*May 2010*