| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>DAVID M. POITRAS – Bar No. 141309<br>SUSAN K. SEFLIN - Bar No. 213865<br>JESSICA S. WELLINGTON - Bar No. 324477<br>BG LAW LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br>Telephone:  (818) 827-9000<br>Facsimile:   (818) 827-9099<br>Email:         dpoitras@bg.law<br>                    sseflin@bg.law<br>                    jwellington@bg.law<br><br>☐ *Individual appearing without attorney*<br>☒ *Proposed Attorney for:* Chapter 11 Debtor | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**APR 25 2024**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** deramus **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - <u>SANTA ANA</u> DIVISION**

| | |
|---|---|
| In re:<br><br>MASHindustries, Inc.,<br><br>                                                            Debtor(s)<br>------------------------------------------------------------<br>In re:<br><br>Mash Studios, Inc.,<br><br>                                                            Debtor(s)<br><br>☒ Affects All Debtors<br>☐ Affects<br>☐ Affects<br>☐ Affects<br>☐ Affects<br>☐ Affects<br>☐ See attached for additional Debtors<br><br>                                                            Debtor(s) | LEAD CASE NO.: 8:24-bk-11046-TA<br><br>CHAPTER: 11<br><br>JOINTLY ADMINISTERED WITH:<br><br>CASE NO.: 8:24-bk-11048-TA<br>CASE NO.:<br>CASE NO.:<br>CASE NO.:<br>CASE NO.:<br>☐ See attached for additional Case Numbers<br><br>**ORDER ☒ GRANTING ☐ DENYING**<br>**MOTION TO APPROVE JOINT**<br>**ADMINISTRATION OF CASES**<br><br>**[LBR 1015-1, 9013-1(q)]**<br><br>[No Hearing Required] |

On (*date*) April 24, 2024, a motion was filed requesting approval of joint administration of cases identified in the caption above, with the lead case being In re MASHindustries, Inc., case number 8:24-bk-11046-TA.

Having reviewed the motion, IT IS ORDERED THAT:

1. The motion is:  ☒ Granted    ☐ Denied

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.

December 2014                                                                Page 1                              F 1015-1.1.ORDER.JOINT.ADMINISTRATION

2. Promptly upon entry of an order granting a motion to approve joint administration:

   a) Using the mandatory court form, the movant must file a Notice of Joint Administration of Cases and Requirements for Filing Documents (Notice).

   b) To facilitate service of the Notice by NEF to registered CM/ECF users, the Notice must be filed in each case being jointly administered.

   c) The Notice must be served via United States mail on all creditors and interest holders in each case being jointly administered.

   d) To facilitate notice of documents sent by the court via the Bankruptcy Noticing Center, the movant must file in the lead case an amended master mailing list that contains the name and mailing address of all creditors and interest holders from each case being jointly administered.

3. Other:

###

Date: April 25, 2024

*[signature]*

Theodor C. Albert
United States Bankruptcy Judge

This form is mandatory. It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2014*    Page 2    F 1015-1.1.ORDER.JOINT.ADMINISTRATION