| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| DAVID M. POITRAS – Bar No. 141309<br>SUSAN K. SEFLIN - Bar No. 213865<br>JESSICA S. WELLINGTON - Bar No. 324477<br>BG LAW LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br>Telephone: (818) 827-9000<br>Facsimile: (818) 827-9099<br>Email: dpoitras@bg.law; sseflin@bg.law; jwellington@bg.law<br>☐ *Individual appearing without attorney*<br>☒ Proposed *Attorney for:* Ch. 11 Debtor in Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - Santa Ana Division**

In re:
    MASHindustries, Inc.,

Debtor(s)

---

In re:
    Mash Studios, Inc.,

Debtor(s)

---

☒ Affects All Debtors
☐ Affects
☐ Affects
☐ Affects
☐ Affects
☐ See attached for additional Debtors

Debtor(s)

LEAD CASE NO.: 8:24-bk-11046-TA

CHAPTER: 11

JOINTLY ADMINISTERED WITH:

CASE NO.: 8:24-bk-11048-TA
CASE NO.:
CASE NO.:
CASE NO.:
CASE NO.:
☐ See attached for additional Case Numbers

**NOTICE OF JOINT ADMINISTRATION
OF CASES AND REQUIREMENTS
FOR FILING DOCUMENTS**

**[LBR 1015-1]**

[No Hearing Required]

TO: THE U.S. TRUSTEE AND ALL PARTIES IN THESE JOINTLY ADMINISTERED CASES: An order was entered on (*date*) 04/25/2024   granting a motion to approve joint administration of cases pursuant to FRBP 1015 and LBR 1015-1, under the lead case indicated in the caption of this notice.

1. **Required Caption on Documents** – All documents filed must contain a caption in substantially the same format and content as the caption of this notice.

2. **Debtors Affected by a Filed Document** – All documents filed must indicate, by checking appropriate boxes, the debtor or debtors affected by the filed document.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2014*      Page 1      F 1015-1.1.NOTICE.JOINT.ADMINISTRATION

3. **Filing Documents on Main Case Docket** – Unless indicated below in paragraph 4, all documents must be filed on the docket of the lead case indicated on the caption of this notice.

4. **Filing Proof of Claims on Docket of Individual Case** – Notwithstanding joint administration of these cases, creditors must file their respective proofs of claim as to the specific affected and applicable debtor using the case number and claim register for the specific affected and applicable debtor.

5. **Parties to File a Request to be Added to Courtesy NEF** – To facilitate notice and service of documents via Notice of Electronic Filing, all parties who previously electronically filed documents only in cases other than the lead case must promptly file in the lead case a Request to be Added to Courtesy Notice of Electronic Filings, using the court-approved form.

6. **Other**:

Date: 04/25/2024                                    By: /s/ Susan K. Seflin
                                                         Signature

This form is mandatory. It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2014*                    Page 2                    F 1015-1.1.NOTICE.JOINT.ADMINISTRATION