DAVID M. POITRAS – Bar No. 141309
SUSAN K. SEFLIN - Bar No. 213865
JESSICA S. WELLINGTON - Bar No. 324477
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:  (818) 827-9000
Facsimile:   (818) 827-9099
Email: dpoitras@bg.law
       sseflin@bg.law
       jwellington@bg.law

Proposed Attorneys for Chapter 11 Debtor and Debtor in Possession

**FILED & ENTERED**

APR 26 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MASHindustries, Inc.,<br><br>        Debtor and Debtor in Possession.<br><br>☒   Affects MASHindustries, Inc.<br>☐   Affects Mash Studios, Inc.<br>☐   Affects Both Debtors | Case No. 8:24-bk-11046-TA<br><br>Chapter 11<br><br>(Jointly Administered with<br>Case No. 8:24-bk-11048-TA)<br><br>**INTERIM ORDER AUTHORIZING MASHINDUSTRIES, INC. TO USE CASH COLLATERAL ON AN INTERIM BASIS PENDING A FINAL HEARING, GRANTING REPLACEMENT LIENS AND SETTING A FINAL HEARING**<br><br>**Original Hearing:**<br>**Date:**    April 26, 2024<br>**Time:**   11:30 a.m.<br><br>**Continued Hearing:**<br>**Date:**    May 22, 2024<br>**Time:**   10:00 a.m.<br>**Place:**   Courtroom 5 B Via Zoom/Gov Hearing<br>           Ronald Reagan Federal Building<br>           411 W. Fourth Street<br>           Santa Ana, CA 92701 |

On April 26, 2024 at 11:30 a.m., an interim hearing (the "Interim Hearing") was held before the Honorable Theodor C. Albert, Chief United States Bankruptcy Judge for the Central District of California, for the Court to consider the *Emergency Motion For Authority to: (A) Use Cash Collateral on an Interim Basis Pending a Final Hearing; (B) Grant Replacement Liens; and (C) Set Final Hearing* [Doc. No. 7] (the "Motion") filed by MASHindustries, Inc., the chapter 11 debtor and debtor in possession herein (the "Debtor").  Appearances were made as noted on the record.

By the Motion, the Debtor sought the following: (1) authorization to use cash collateral on an interim basis, (2) the granting to the U.S. Small Business Administration ("SBA"), as adequate protection of its prepetition collateral and cash collateral, replacement liens upon all postpetition assets of the Debtor's estate  (except any "Avoidance Actions" arising under sections 544, 545, 546, 547, 548, 549, 550 or any similar provisions of the Bankruptcy Code) to the same extent, validity and priority as its liens upon the Debtor's prepetition assets, and (3) the setting of a final hearing on the relief requested in the Motion.

The Court, having reviewed and considered the Motion and all pleadings and papers filed in support thereof, having heard and considered the arguments of counsel made at the hearing, having found that notice of the Motion was adequate and appropriate under the circumstances, having set forth the Court's findings of fact and conclusions of law on the record, and finding good cause appearing therefor,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.  The Motion is granted on an interim basis to the extent set forth in this Order.

2.  <u>Cash Collateral</u>:  The Debtor is authorized to use cash collateral on an interim basis to pay all of the expenses set forth in the Budget attached as Exhibit A to the Motion.

3.  The Debtor is authorized to deviate from the total expenses contained in the projections by no more than 15% on a cumulative basis and to deviate by category (provided the Debtor does not pay any expenses outside of any approved categories) without the need for further Court order.

4.  The SBA is hereby granted replacement liens upon all postpetition assets of the

2

ORDER#1435619#08F7E4C0-9D0F-49EE-9BCC-286738C8C6BF

Debtor's estate (except any "Avoidance Actions" arising under sections 544, 545, 546, 547, 548, 549, 550 or any similar provisions of the Bankruptcy Code) to the same extent, validity and priority as its liens upon the Debtor's prepetition assets, as adequate protection of its prepetition collateral and cash collateral.

5. All applicable banks and other financial institutions are authorized and directed to receive, process, honor and pay all checks presented for payment and to honor all electronic payment requests made by the Debtor relating to its May 3, 2024 payroll and workers' compensation premium (and to any other post-petition transaction).

6. A continued hearing on the Motion will be held on May 22, 2024 at 10:00 a.m.

7. The Debtor shall provide notice of the continued hearing on the Motion upon the top twenty (20) general unsecured creditors, all secured creditors, the Office of the United States Trustee and those parties who have requested special notice.

**IT IS SO ORDERED.**

### ###

Date: April 26, 2024

*signature*

Theodor C. Albert
United States Bankruptcy Judge