1 | DAVID M. POITRAS – Bar No. 141309
SUSAN K. SEFLIN - Bar No. 213865
2 | JESSICA S. WELLINGTON - Bar No. 324477
BG LAW LLP
3 | 21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
4 | Telephone:  (818) 827-9000
Facsimile:  (818) 827-9099
5 | Email:     dpoitras@bg.law
            sseflin@bg.law
6 |            jwellington@bg.law

7 | Proposed Attorneys for Chapter 11 Debtor and
Debtor in Possession

8 |

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:24-bk-11046-TA |
| MASHindustries, Inc., | Chapter 11 |
| Debtor and Debtor in Possession. | (Jointly Administered with Case No. 8:24-bk-11048-TA) |
| ☐  Affects MASHindustries, Inc. ☐  Affects Mash Studios, Inc. ☒  Affects Both Debtors | **NOTICE OF (1) CONTINUED HEARINGS ON DEBTORS' FIRST DAY EMERGENCY MOTIONS, AND (2) HEARING ON DEBTORS' MOTION FOR ORDER LIMITING NOTICE AND RELATED RELIEF** |

**Hearings:**
Date:    May 22, 2024
Time:    10:00 a.m.
Place:   Courtroom 5B – Via Zoom.gov
         411 West Fourth Street
         Santa Ana, CA 92701

**PLEASE TAKE NOTICE** that on **May 22, 2024 at 10:00 a.m. via Zoom.gov,** continued hearings will be held before the Honorable Theodor C. Albert, Chief United States Bankruptcy Judge for the Central District of California, in his Courtroom 5 B – via Zoom.gov, on the following first day motions (the "First Day Motions") filed by MASHindustries, Inc. ("Industries") and Mash Studios, Inc. ("Studios"), the chapter 11 debtors and debtors in possession herein (collectively, the "Debtors"):

1

2981859

1.      Industries' *Emergency Motion for Order (1) Authorizing, But Not Requiring, the Debtor to Pay Prepetition (A) Wages, Salaries, and Other Compensation, (B) Employee Medical, Workers' Compensation and Similar Benefits, and (C) Reimbursable Employee Expenses; and (2) Authorizing and Directing Applicable Banks and Other Financial Institutions to Receive, Process, Honor, and Pay Checks Presented for Payment and to Honor Fund Transfer Requests* [Doc. No. 13];

2.      Studios' *Emergency Motion for Order (1) Authorizing, But Not Requiring, the Debtor to Pay Prepetition (A) Wages, Salaries, and Other Compensation, (B) Employee Medical, Workers' Compensation and Similar Benefits, and (C) Reimbursable Employee Expenses; and (2) Authorizing and Directing Applicable Banks and Other Financial Institutions to Receive, Process, Honor, and Pay Checks Presented for Payment and to Honor Fund Transfer Requests* [Doc. No. 9 in Bankr. Case No. 8:24-bk-11048-TA];

3.      Industries' *Emergency Motion for Authority to (A) Use Cash Collateral on an Interim Basis Pending a Final Hearing; (B) Grant Replacement Liens; and (C) Set Final Hearing* [Doc. No. 7]; and

4.      Studios' *Emergency Motion for Authority to (A) Use Cash Collateral on an Interim Basis Pending a Final Hearing; (B) Grant Replacement Liens; and (C) Set Final Hearing* [Doc. No. 5 in Bankr. Case No. 8:24-bk-11048-TA].

**PLEASE TAKE FURTHER NOTICE** that any objection to the First Day Motions must be filed on or before May 8, 2024, and any reply to any objection must be filed on or before May 15, 2024.

**PLEASE TAKE FURTHER NOTICE** that, by the First Day Motions, the Debtors seek final approval of certain pre-petition employee wages and other obligations, and final approval of the use of cash collateral. If you are receiving this Notice via U.S. Mail, then you also received the First Day Motions in the mail. However, copies of the Motions are available upon written request to: BG Law LLP, Attn: Susan K. Seflin, 21650 Oxnard St., Suite 500, Woodland Hills, California 91367 or sseflin@bg.law. All copies will be provided electronically unless requested otherwise.

2981859

**PLEASE TAKE FURTHER NOTICE** that the Debtors filed their *Motion for Order Limiting Notice and Related Relief* [Doc. No. 41-] (the "Limit Notice Motion") on May 1, 2024, and a hearing will be held before the Court via Zoom.gov on **May 22, 2024 at 10:00 a.m.** for the Court to consider the Limit Notice Motion.  By the Limit Notice Motion, the Debtors seek to limit the type of notice they are required to serve on all creditors.

**PLEASE TAKE FURTHER NOTICE** that any objection to the Limit Notice Motion must be filed on or before May 8, 2024, and any reply to any objection must be filed on or before May 15, 2024.

**PLEASE TAKE FURTHER NOTICE** that copies of the Limit Notice Motion are available upon written request to: BG Law LLP, Attn: Susan K. Seflin, 21650 Oxnard St., Suite 500, Woodland Hills, California 91367 or sseflin@bg.law.

**PLEASE TAKE FURTHER NOTICE** that if you do not oppose the First Day Motions and/or the Limit Notice Motion, you need not take any further action.  However, if you do oppose, pursuant to Local Bankruptcy Rule 9013-1(f), oppositions must be filed with the Court and served on proposed counsel for the Debtors as set forth above and upon the Office of the United States Trustee located at 411 West Fourth Street, Suite 7160, Santa Ana, CA 92701 by **no later than May 8, 2024**.  Any oppositions must be in the form required by Local Bankruptcy Rule 9013-1(f).

**PLEASE TAKE FURTHER NOTICE** that papers not timely filed and served may be deemed by the Court to be consent to the granting of the First Day Motions and/or the Limit Notice Motion pursuant to Local Bankruptcy Rule 9013-1(h).

DATED:  April 30, 2024                         BG Law LLP


                                               By: /s/ Susan K. Seflin
                                                   Susan K. Seflin
                                               Proposed Attorneys for Chapter 11 Debtor and
                                               Debtor in Possession

2981859

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367**.

A true and correct copy of the foregoing document entitled**: NOTICE OF (1) CONTINUED HEARINGS ON DEBTORS' FIRST DAY EMERGENCY MOTIONS, AND (2) HEARING ON DEBTORS' MOTION FOR ORDER LIMITING NOTICE AND RELATED RELIEF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 30, 2024,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Jonathan Arias**    jarias@zwickerpc.com
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **Gregory Kent Jones (TR)**    gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
- **David M Poitras**    dpoitras@bg.law
- **Susan K Seflin**    sseflin@bg.law
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Jessica Wellington**    jwellington@bg.law, ecf@bg.law

☐    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**\*\*JUDGE'S COPY NOT REQUIRED IF LESS THAN 25 PAGES (GENERAL ORDER 23-01).**

\*\*\*The top 20 general unsecured creditors, parties requesting special notice and secured creditors will be served via mail on May 1, 2024 and a supplemental proof of service will be filed.

☐    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 30, 2024 | Jessica Studley | /s/ Jessica Studley |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**