**Fill in this information to identify the case:**

Debtor name: MASHindustries, Inc. and Mash Studios, Inc.

United States Bankruptcy Court for the: Central District of California (State)

Case number (If known): 8:24-bk-11046-TA, Jointly Administered with 8:24-bk-11048-TA

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | BSP VBP Propco LLC | 7420 S Kyrene Road Suite 101 Tempe, AZ 85283 | Rent | D | | | 625,751.74 |
| 2 | Billd Exchange, LLC | 3800 N Lamar Blvd #210 Austin, TX 78756 | Construction Funding | | | | 492,471.79 |
| 3 | California Department of Tax and Fee Administration | 450 N Street Sacramento, CA 95814-4311 | Sales Tax | D | | | 306,864.97 |
| 4 | Great Openings | Dept. for Lockbox: 9521-11 PO Box 30516 Lansing, MI 48909-8016 | Trade | | | | 186,025.65 |
| 5 | Robert Rivas | 47 Bayshore Ave #4 Long Beach, CA 90803 | Commission | | | | 150,000 |
| 6 | Next Level Installations LLC | 13518 S. Normandie Ave. Gardena, CA 90249 | Trade | | | | 146,122.10 |
| 7 | GL Veneer Company, Inc. | 2224 East Slauson Avenue Huntington Park, CA 90255 | Trade | | | | 132,723.51 |
| 8 | RRS Finishers Group, LLC | 9718 Alexander Avenue Apt B South Gate, CA 90280 | Trade | D | | | 109,098 |

| Debtor | MASHindustries, Inc. | | | Case number *(if known)* | 24-11046 |
|---|---|---|---|---|---|
| | Name | | | | |

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | Tile Expo Inc | 1360 S State College Blvd<br>Anaheim, CA 92806 | Trade | D | | | 103,892.44 |
| 10 | Fabcon, Inc. | 1800 E. St. Andrew Place<br>Santa Ana, CA 92705-5043 | Trade | | | | 90,652.43 |
| 11 | Royal Plywood Company, Llc | PO Box 728<br>La Mirada, CA 90637-0728 | Trade | | | | 87,588.61 |
| 12 | Golden State Fabrication, Inc | 30130 Seashore Park Drive<br>Millville, DE 19967 | Trade | | | | 78,072.64 |
| 13 | Baresque USA LLC | 21925 Field Parkway Suite 240<br>Deer Park, IL 60010 | Trade | | | | 68,070 |
| 14 | Suddath Relocation Systems of Oregon LLC | 815 South Main St<br>Suite 489W<br>Jacksonville, FL 32207 | Trade | | | | 65,696.83 |
| 15 | Concentric Spaces | 4416 138th Pl. SE.<br>Snohomish, WA 98296 | Trade | | | | 60,142.34 |
| 16 | GLC Millworks | 100 W. Walnut Ave.<br>Fullerton, CA 92831 | Trade | | | | 49,680 |
| 17 | Forest Plywood Co. | 14711 Artesia Blvd<br>La Mirada, CA 90638 | Trade | | | | 48,766 |
| 18 | Kaiser Permanente | File 5915<br>132 W 31st Street, 5th Floor<br>Los Angeles, CA 90074-5915 | Health Benefits | D | | | 47,476.46 |
| 19 | City of Los Angeles, Office of Finance | PO Box 30716<br>Los Angeles, CA 90030-0716 | Property Tax | | | | 43,705.31 |
| 20 | National Search Group Inc. | 17670 NW 78th Avenue, Uni 103<br>Hialeah, FL 33015 | Professional Sevices | D | | | 42,000 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 | Big Red Machine Shop | 2522 North Ontario St. Burbank, CA 91504 | Trade | | | | 39,494.50 |
| 22 | Nace Sheet Metal Corp | 1384 N Hundley St Anaheim, CA 92806 | Trade | | | | 38,778.50 |
| 23 | ORACLE Netsuite | 500 Oracle Parkway Redwood Shores, CA 94065 | Trade | | | | 38,516.24 |
| 24 | MI Concepts LLC | 5 Bennet st Old Greenwich, CT 06870 | Trade | D | | | 35,371.95 |
| 25 | Contract Installations, Inc. | 224 E Meats Avenue Orange, CA 92865-3329 | Trade | | | | 31,750 |
| 26 | West Coast Laminating, Inc. | 1150 N. Red Gum Unit A Anaheim, CA 92806 | Trade | | | | 27,591.22 |
| 27 | Wing Partners LLC | 620 Broadway 1R New York, NY 10012 | Trade | | | | 27,000 |
| 28 | National Marble & Architectural Stone, Inc | 841 Rainbow Dr. Glendora, CA 91741 | Trade | | | | 24,860 |
| 29 | Forest Plywood - MI | 14711 Artesia Blvd La Mirada, CA 90638 | Trade | | | | 22,411.90 |
| 30 | OT Logistics Freight Transportation | 2232 Dell Range Boulevard Cheyenne, WY 82009 | Trade | | | | 20,400 |