| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| DAVID M. POITRAS – Bar No. 141309<br>SUSAN K. SEFLIN - Bar No. 213865<br>JESSICA S. WELLINGTON - Bar No. 324477<br>BG LAW LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br>Telephone: (818) 827-9000<br>Facsimile: (818) 827-9099<br>Email: dpoitras@bg.law<br>　　　sseflin@bg.law<br>　　　jwellington@bg.law<br><br>☐ *Individual appearing without attorney*<br>☒ *Proposed Attorney for*: Chapter 11 Debtors | **FILED & ENTERED**<br><br>**MAY 20 2024**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY deramus  DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>MASHindustries, Inc.,<br><br>　　　Debtor.<br>_____<br><br>☐ Affects MASHindustries, Inc.<br>☒ Affects Mash Studios, Inc.<br>☐ Affects Both Debtors<br><br>　　　　　　　　　　　　　　Debtor(s). | CASE NO.: 8:24-bk-11046-TA<br>(jointly administered with Case No. 8:24-bk-11048-TA)<br>CHAPTER: 11<br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |

**Movant** (*name*): Mash Studios, Inc.

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion*: Mash Studios, Inc.'s Emergency Motion to Dismiss its Chapter 11 Case [Doc. #69]

    b. *Date of filing of motion:* May 20, 2024

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*: May 20, 2024

3. Based upon the court's review of the application, it is ordered that:

    a. ☐ The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

    b. ☒ The Application is granted, and it is further ordered that:

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*　　　　　　　　　　　　　　Page 1　　　　　　　　　　　　　　F 9075-1.1.ORDER.SHORT.NOTICE

(1) ☒ A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date: May 22, 2024**<br>**Time:** 10:00 a.m.<br>**Courtroom:** 5B via ZoomGov | Place:<br>☐ 255 East Temple Street, Los Angeles, CA 90012<br>☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367<br>☐ 3420 Twelfth Street, Riverside, CA 92501<br>☒ 411 West Fourth Street, Santa Ana, CA 92701<br>☐ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| (A) _Deadlines:_ | (B) _Persons/entities to be provided with telephonic notice:_ |
|---|---|
| Date: May 20, 2024<br><br>Time: 5:30 pm. | *Subchapter V Trustee, secured creditors, requests for special notice, 20 largest unsecured creditors if phone numbers available.*<br><br>☐ See attached page<br>(C) _Telephonic notice is also required upon_ the United States trustee |

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked

(A)  ☒ Personal Delivery   ☒ Overnight Mail   ☐ First class mail   ☐ Facsimile*   ☒ Email*

| (B) _Deadlines:_ | (C) _Persons/entities to be served with written notice and a copy of this order:_ |
|---|---|
| Date: May 20, 2024<br><br>Time: 5:30 p.m. | *Subchapter V Trustee, all creditors, requests for special notice.*<br><br>☐ See attached page<br>(D) _Service is also required upon_:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's copy personally delivered to chambers<br>   (*see Court Manual for address*) |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                      Page 2                      **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☒ Personal Delivery ☒ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☒ Email*

(B) _Deadlines:_
Date: May 20, 2024

Time: 5:30 p.m.

(C) _Persons/entities to be served with motion, declarations, supporting documents:_

Subchapter V Trustee, all creditor, requests for special notice.

☐ See attached page

(D) _Service is also required upon_:
-- United States trustee (*no electronic service permitted*)
-- Judge's copy personally delivered to chambers
(*see Court Manual for address*)

(5) ☒ Regarding **opposition to the motion**

☒ opposition to the motion may be made **orally** at the hearing

☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

(B) _Deadlines:_
Date:

Time:

(C) _Persons/entities to be served with written opposition to the motion:_
-- movant's attorney (or movant, if movant is not represented by an attorney)

(D) _Service is also required upon_:
-- United States trustee (*electronic service is not permitted*)
-- Judge's copy personally delivered to chambers
(*see Court Manual for address*)

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013    Page 3    **F 9075-1.1.ORDER.SHORT.NOTICE**

|  |  |
|---|---|
| (B) *Deadlines:*<br>   Date:<br><br>   Time: | (C) *Persons/entities to be served with written reply to opposition:*<br>   -- All persons/entities who filed a written opposition<br><br>(D) *Service is also required upon*:<br>   -- United States trustee *(electronic service is not permitted)*<br>   -- Judge's Copy personally delivered to chambers<br>      (*see Court Manual for address*) |

(7) ☒ Other requirements:

   Video/audio web address:      https://cacb.zoomgov.com/j/1612818615
   ZoomGov meeting number:       161 281 8615
   Password:                     267660
   Telephone conference lines:   1 (669) 254 5252 or 1 (646) 828 7666

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

   ☐ at least 2 days before the hearing.

   ☒ no later than:    Date: May 21, 2024    Time: 5:00 p.m

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: May 20, 2024

*[signature: Theodor C. Albert]*

Theodor C. Albert
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                    Page 4                          F 9075-1.1.ORDER.SHORT.NOTICE