1  DAVID M. POITRAS – Bar No. 141309
   SUSAN K. SEFLIN – Bar No. 213865
2  JESSICA S. WELLINGTON – Bar No. 324477
   BG LAW LLP
3  21650 Oxnard Street, Suite 500
   Woodland Hills, CA 91367
4  Telephone:  (818) 827-9000
   Facsimile:   (818) 827-9099
5  Email:         dpoitras@bg.law
                  sseflin@bg.law
6                 jwellington@bg.law

7  Proposed Attorneys for Chapter 11 Debtors and
   Debtors in Possession

**FILED & ENTERED**

**MAY 23 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** deramus **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MASHindustries, Inc.,<br><br>　　　　　Debtor and Debtor<br>　　　　　in Possession.<br><br>☐ Affects MASHindustries, Inc.<br>☐ Affects Mash Studios, Inc.<br>☒ Affects Both Debtors | Case No. 8:24-bk-11046-TA<br><br>Chapter 11<br><br>(Jointly Administered with<br><br>Case No. 8:24-bk-11048-TA)<br><br>**ORDER GRANTING DEBTORS' MOTION FOR ORDER LIMITING NOTICE AND RELATED RELIEF**<br><br>**Hearing**<br>Date:　May 22, 2024<br>Time:　10:00 a.m.<br>Place:　Courtroom 5B<br>　　　　411 West Fourth Street<br>　　　　Santa Ana, CA 92701 |

1

ORDER#1437785#A4720C76-7C7D-498D-B1CD-FAD7FB6CACAD

The Court, having read and considered the *Debtors' Emergency Motion for Order Limiting Notice and Related Relief* [Doc. No. 41] (the "Motion") filed by the above-captioned chapter 11 debtors (the "Debtors") and supporting declaration, the record in each of the Debtors' cases, the docket in each case, and for good cause appearing, therefor,

**HEREBY ORDERS AS FOLLOWS:**

1. The Motion is granted.

2. Notice is limited in the Debtors' cases as set forth in the Motion and the *Notice of Order Limiting Scope of Notice and Opportunity to Request Special Notice* (the "Notice") attached as Exhibit 2 to the Motion.

3. The notice procedures set forth in the Motion are approved.

4. Within five (5) business days of entry of this Order, the Debtors shall cause the Notice to be served via ECF or regular mail on all known creditors and parties in interest.

**IT IS SO ORDERED.**

# # #

Date: May 23, 2024

Theodor C. Albert
United States Bankruptcy Judge