| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>DAVID M. POITRAS – Bar No. 141309<br>SUSAN K. SEFLIN - Bar No. 213865<br>JESSICA S. WELLINGTON - Bar No. 324477<br>BG LAW LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br>Telephone: (818) 827-9000<br>Facsimile: (818) 827-9099<br>Email: dpoitras@bg.law; sseflin@bg.law; jwellington@bg.law<br><br>☐ Individual appearing without attorney<br>☒ Attorney for Debtor  MASHindustries, Inc. | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>MASHindustries, Inc.,<br><br><br><br>Debtor(s) | CASE NO.: 8:4-bk-11046-TA<br>CHAPTER: 11<br><br>**SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see <u>Abbreviated Fee Schedule</u> on the Court's website www.cacb.uscourts.gov).  A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added?  ☐ Yes  ☒ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B    ☐ Schedule C    ☐ Schedule D    ☐ Schedule E/F    ☐ Schedule G
☐ Schedule H     ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2   ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers    ☐ Statement of Intention    ☐ Master Mailing List
☒ Other (specify)  List of Creditors Who Have 20 Largest Unsecured Claims and Are Not Insiders

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 06/05/2024

_____
Debtor 1 Signature - Bernard Brucha, CEO

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE**: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

**Fill in this information to identify the case:**

Debtor name: MASHindustries, Inc.
United States Bankruptcy Court for the: Central District of California
Case number (If known): 24-11046

☒ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | BSP VBP PROPCO LLC | 7420 S Kyrene Road Suite 101 Tempe, AZ 85283 | Trade Claim | D | | | $630,847.22 |
| 2 | Billd Exchange LLC | 3800 N Lamar Blvd #210 Austin, TX 78756 | Unsecured Debt | | | | $480,714.29 |
| 3 | Robert Rivas | 47 Bayshore Ave #4 Long Beach, CA 90803 | Commission | U | | | Undetermined |
| 4 | Next Level Installations LLC | 13518 S. Normandie Ave. Gardena, CA 90249 | Trade Claim | | | | $146,122.10 |
| 5 | GL Veneer Company, Inc. | 2224 East Slauson Avenue Huntington Park, CA 90255 | Trade Claim | | | | $132,723.51 |
| 6 | JPMorgan Chase Bank, NA | PO Box 6294 Carol Stream, IL 60197-6294 | Credit Card | | | | $129,048.43 |
| 7 | Frank Recruitment Group | 501 East Kennedy Blvd Suite 1900 Tampa, FL 33602 | Trade Claim | D | | | $73,706.91 |
| 8 | RRS Finishers Group, LLC | 9718 Alexander Avenue APT B South Gate, CA 90280 | Trade Claim | | | | $69,098.00 |

Debtor  MASHindustries, Inc.  Case number (*if known*) 24-11046
_____Name_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | RingCentral | PO Box 734232  Dallas, TX 75373-4232 | Trade Claim | D | | | $55,489.44 |
| 10 | Royal Plywood Company, Llc | PO Box 728  La Mirada, CA 90637-0728 | Trade Claim | | | | $55,372.16 |
| 11 | National Search Group Inc. | 17670 NW 78th Avenue, Uni 103  Hialeah, FL 33015 | Trade Claim | D | | | $42,000.00 |
| 12 | Tile Expo Inc | 1440 W Taft Ave  Orange, CA 92865-4138 | Trade Claim | | | | $36,677.37 |
| 13 | West Coast Laminating, Inc. | 1150 N. Red Gum  Unit A  Anaheim, CA 92806 | Trade Claim | | | | $27,591.22 |
| 14 | National Marble & Architectural Stone, Inc | 841 Rainbow Dr.  Glendora, CA 91741 | Trade Claim | | | | $24,860.00 |
| 15 | Forest Plywood Co. | 14711 Artesia Blvd  La Mirada, CA 90638 | Trade Claim | | | | $22,411.90 |
| 16 | SINGERLEWAK LLP - MI | 10960 Wilshire Blvd  Los Angeles, CA 19605 | Trade Claim | D | | | $21,636.86 |
| 17 | American Express | PO Box 650448  Dallas, TX 75265-0448 | Credit Card | | | | $17,963.63 |
| 18 | Ortiz Custom Upholstery, Inc | 4346 East La Palma Avenue  Anaheim, CA 92807 | Trade Claim | | | | $15,358.73 |
| 19 | California Timberline Inc | PO Box 149  Chino, CA 91708 | Trade Claim | | | | $14,917.55 |
| 20 | Phillips Plywood Company, Inc. | 13599 Desmond Street  Pacoima, CA 91331 | Trade Claim | | | | $12,597.52 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367**.

A true and correct copy of the foregoing document entitled**: SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(C)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 5, 2024,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Jonathan Arias**    jarias@zwickerpc.com
- **Michele S Assayag**    massayag@swlaw.com, kroger@swlaw.com
- **Shawn M Christianson**    cmcintire@buchalter.com, schristianson@buchalter.com
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **Gregory Kent Jones (TR)**    gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
- **Elissa Miller**    elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com
- **Matthew D Pham**    mpham@allenmatkins.com, mdiaz@allenmatkins.com
- **David M Poitras**    dpoitras@bg.law
- **Susan K Seflin**    sseflin@bg.law
- **Alan G Tippie**    Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Jessica Wellington**    jwellington@bg.law, ecf@bg.law

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **_____, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **____,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.Ind

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 5, 2024 | Jessica Studley | /s/ Jessica Studley |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**