**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11            12/17

Month: ___2___                                         Date report filed: _____
                                                                          MM / DD / YYYY

Line of business: _____        NAISC code:     _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:                    _____

Original signature of responsible party    *Lisa Boardman*

Printed name of responsible party       *Lisa Boardman*

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

|     |     | Yes | No | N/A |
|-----|-----|-----|----|----|
| 1.  | Did the business operate during the entire reporting period? | ☐ | ☐ | ☐ |
| 2.  | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☐ |
| 3.  | Have you paid all of your bills on time? | ☐ | ☐ | ☐ |
| 4.  | Did you pay your employees on time? | ☐ | ☐ | ☐ |
| 5.  | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6.  | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7.  | Have you timely filed all other required government filings? | ☐ | ☐ | ☐ |
| 8.  | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9.  | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☐ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☐ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☐ |

Debtor Name _____    Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?    ❏ ❏ ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ❏ ❏ ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.    $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.    + $ _____
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = $ _____

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ _____

    *(Exhibit E)*

Debtor Name _____    Case number_____

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**    $ _____

    *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?    _____
27. What is the number of employees as of the date of this monthly report?    _____

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ _____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____
30. How much have you paid this month in other professional fees?    $ _____
31. How much have you paid in total other professional fees since filing the case?    $ _____

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | *Column B* **Actual** Copy lines 20-22 of this report. | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|
| 32. **Cash receipts** | $ _____ − | $ _____ = | $ _____ |
| 33. **Cash disbursements** | $ _____ − | $ _____ = | $ _____ |
| 34. **Net cash flow** | $ _____ − | $ _____ = | $ _____ |

35. Total projected cash receipts for the next month:    $ _____
36. Total projected cash disbursements for the next month:    − $ _____
37. Total projected net cash flow for the next month:    = $ _____

Debtor Name  _____    Case number_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ☐ 39. Bank reconciliation reports for each account.

- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ☐ 41. Budget, projection, or forecast reports.

- ☐ 42. Project, job costing, or work-in-progress reports.

# Attachment to Monthly Operating Report

**Exhibit A:**

- Variance to cash flow:  INV1498 and INV1499 due 5/19/2024 paid 6/3/2024

**2148 Fitness International, LLC**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice | 4/19/2024 | INV1498 | 116888 | 5/19/2024 | 32 | $142,615.80 | Paid 6/3/2024 |
| Invoice | 4/19/2024 | INV1499 | 116889 | 5/19/2024 | 32 | $113,963.85 | Paid 6/3/2024 |
| **Total - 2148 Fitness International, LLC** | | | | | | **$256,579.65** | |

**ATTACHMENT TO MAY 2024 MONTHLY OPERATING REPORT**

<u>**Exhibit B**</u>

The Debtor's CFO, Lisa Boardman, allowed the debtor to use her personal credit card to pay necessary operating expenses for the debtor.  The debtor's counsel was not aware this was happening and has since instructed Ms. Boardman to stop.  The debtor reimbursed Ms. Boardman $7,500 on May 1, 2024, May 14, 2024, May 20, 2024 and May 29, 2024 for a total of $30,000 in reimbursed expenses.  Ms. Boardman's notice of insider compensation time has recently passed and she will be receiving her first post-petition pay check from the debtor, which will be reduced by $30,000.  I.e., she will be returning the funds that she was paid.  The debtor will, at a later date, seek to reimburse Ms. Boardman for this $30,000.

EXHIBIT E

**MASHindustries**
**Balance Sheet Detail**
**From Jan 2024 to May 2024**

| Financial Type | Date | Document Number | Name | Amount | Balance | |
|---|---|---|---|---|---|---|
| **Liabilities & Equity** | | | | **$0.00** | **$0.00** | |
| **Current Liabilities** | | | | **$0.00** | **$0.00** | |
| **Accounts Payable** | | | | $0.00 | $0.00 | |
| **2010 - Accounts Payable** | | | | $0.00 | $0.00 | |
| **2015 - Post AP** | | | | $0.00 | $0.00 | |
| Expense Repo | 5/22/2024 | EXP422 | 1197 Employee Expense Report (ID 721) | $137.28 | $137.28 | Employee Expense Report |
| Bill | 5/1/2024 | 1811930 | 2116 Royal Plywood Company, Llc | $32,753.86 | $32,891.14 | Matrials |
| Bill Payment | 4/22/2024 | 122000496596292 | 2116 Royal Plywood Company, Llc | ($1,111.40) | $31,779.74 | Matrials |
| Bill Credit | 4/30/2024 | 17747 | 2116 Royal Plywood Company, Llc | ($2,920.26) | $28,859.48 | Matrials |
| Bill | 5/1/2024 | 353403a | 2116 Royal Plywood Company, Llc | $12.28 | $28,871.76 | Matrials |
| Bill | 5/1/2024 | 1812690 | 2116 Royal Plywood Company, Llc | $39.04 | $28,910.80 | Matrials |
| Bill Payment | 5/1/2024 | 122232100250027 | 2116 Royal Plywood Company, Llc | ($9,879.39) | $19,031.41 | Matrials |
| Bill | 5/6/2024 | 354578 | 2116 Royal Plywood Company, Llc | $1,111.40 | $20,142.81 | Matrials |
| Bill | 5/6/2024 | 354579 | 2116 Royal Plywood Company, Llc | $1,697.76 | $21,840.57 | Matrials |
| Bill | 5/10/2024 | 356593 | 2116 Royal Plywood Company, Llc | $4,481.36 | $26,321.93 | Matrials |
| Bill | 5/10/2024 | 1828880 | 2116 Royal Plywood Company, Llc | $8,453.18 | $34,775.11 | Matrials |
| Bill | 5/10/2024 | 1829615 | 2116 Royal Plywood Company, Llc | $256.24 | $35,031.35 | Matrials |
| Bill | 5/13/2024 | 357035 | 2116 Royal Plywood Company, Llc | $373.07 | $35,404.42 | Matrials |
| Bill | 5/15/2024 | 357852 | 2116 Royal Plywood Company, Llc | $1,177.74 | $36,582.16 | Matrials |
| Bill | 5/15/2024 | 357855 | 2116 Royal Plywood Company, Llc | $1,584.00 | $38,166.16 | Matrials |
| Bill | 5/24/2024 | 361060 | 2116 Royal Plywood Company, Llc | $192.39 | $38,358.55 | Matrials |
| Bill | 5/28/2024 | 361395 | 2116 Royal Plywood Company, Llc | $373.07 | $38,731.62 | Matrials |
| Bill | 5/8/2024 | 9990999 | 2875 TIAA Commercial Finance, Inc. | $920.90 | $39,652.52 | Copier Lease Overages/end of contract |
| Bill | 4/23/2024 | 804405 | 2898 Frama-Tech Inc. | $659.96 | $40,312.48 | Matrials |
| Bill | 4/23/2024 | 804406 | 2898 Frama-Tech Inc. | $120.39 | $40,432.87 | Matrials |
| Bill | 4/29/2024 | 805496 | 2898 Frama-Tech Inc. | $1,054.66 | $41,487.53 | Matrials |
| Bill | 4/29/2024 | 805594 | 2898 Frama-Tech Inc. | $723.60 | $42,211.13 | Matrials |
| Bill | 5/2/2024 | 806715 | 2898 Frama-Tech Inc. | $39.60 | $42,250.73 | Matrials |
| Bill | 5/2/2024 | 806718 | 2898 Frama-Tech Inc. | $39.60 | $42,290.33 | Matrials |
| Bill | 4/24/2024 | 11780846 | 2931 Leuco Tool Corporation | $153.19 | $42,443.52 | Shop Supplies |
| Bill | 4/30/2024 | 11781660 | 2931 Leuco Tool Corporation | $106.59 | $42,550.11 | Shop Supplies |
| Bill | 4/30/2024 | 11781780 | 2931 Leuco Tool Corporation | $184.40 | $42,734.51 | Shop Supplies |
| Bill | 4/30/2024 | 11781781 | 2931 Leuco Tool Corporation | $175.02 | $42,909.53 | Shop Supplies |
| Bill | 4/30/2024 | 11781782 | 2931 Leuco Tool Corporation | $114.46 | $43,023.99 | Shop Supplies |
| Bill | 4/30/2024 | 11782009 | 2931 Leuco Tool Corporation | $134.24 | $43,158.23 | Shop Supplies |
| Bill | 5/15/2024 | 11783734 | 2931 Leuco Tool Corporation | $50.55 | $43,208.78 | Shop Supplies |
| Bill | 5/15/2024 | 11783735 | 2931 Leuco Tool Corporation | $38.58 | $43,247.36 | Shop Supplies |
| Bill | 5/22/2024 | 11784628 | 2931 Leuco Tool Corporation | $222.99 | $43,470.35 | Shop Supplies |
| Bill | 5/29/2024 | 11785465 | 2931 Leuco Tool Corporation | $138.20 | $43,608.55 | Shop Supplies |
| Bill | 5/30/2024 | 11785703 | 2931 Leuco Tool Corporation | $162.84 | $43,771.39 | Shop Supplies |
| Bill | 5/4/2024 | 21404200 | 2949 Bay Alarm Company | $340.32 | $44,111.71 | Building Alarm |
| Bill | 5/13/2024 | J 440396 AH | 3010 Department of Industrial Relations | $195.00 | $44,306.71 | Pressure Vessel Inspection |
| Bill | 4/10/2024 | 103061 | 3201 RRS Finishers Group, LLC | $46.90 | $44,353.61 | Finishing |
| Bill | 4/10/2024 | 103062 | 3201 RRS Finishers Group, LLC | $1,455.00 | $45,808.61 | Finishing |
| Bill | 4/10/2024 | 103063 | 3201 RRS Finishers Group, LLC | $2,000.00 | $47,808.61 | Finishing |
| Bill | 4/10/2024 | 103064 | 3201 RRS Finishers Group, LLC | $50.00 | $47,858.61 | Finishing |
| Bill | 4/10/2024 | 103065 | 3201 RRS Finishers Group, LLC | $1,785.00 | $49,643.61 | Finishing |
| Bill | 4/10/2024 | 103066 | 3201 RRS Finishers Group, LLC | $112.00 | $49,755.61 | Finishing |
| Bill | 4/10/2024 | 103067 | 3201 RRS Finishers Group, LLC | $790.00 | $50,545.61 | Finishing |
| Bill | 4/10/2024 | 103068 | 3201 RRS Finishers Group, LLC | $497.00 | $51,042.61 | Finishing |
| Bill | 4/10/2024 | 103069 | 3201 RRS Finishers Group, LLC | $428.00 | $51,470.61 | Finishing |
| Bill | 4/10/2024 | 103070 | 3201 RRS Finishers Group, LLC | $516.00 | $51,986.61 | Finishing |
| Bill | 4/22/2024 | 103060 | 3201 RRS Finishers Group, LLC | $480.00 | $52,466.61 | Finishing |
| Bill | 5/9/2024 | 103077 | 3201 RRS Finishers Group, LLC | $600.00 | $53,066.61 | Finishing |
| Bill | 5/13/2024 | 103078 | 3201 RRS Finishers Group, LLC | $340.00 | $53,406.61 | Finishing |
| Bill | 5/17/2024 | 103071 | 3201 RRS Finishers Group, LLC | $136.00 | $53,542.61 | Finishing |
| Bill | 5/17/2024 | 103072 | 3201 RRS Finishers Group, LLC | $53.00 | $53,595.61 | Finishing |
| Bill | 5/17/2024 | 103073 | 3201 RRS Finishers Group, LLC | $5,748.00 | $59,343.61 | Finishing |
| Bill | 5/17/2024 | 103075 | 3201 RRS Finishers Group, LLC | $5,280.00 | $64,623.61 | Finishing |
| Bill | 5/28/2024 | 103074 | 3201 RRS Finishers Group, LLC | $3,812.00 | $68,435.61 | Finishing |
| Bill | 5/29/2024 | 103076 | 3201 RRS Finishers Group, LLC | $6,912.00 | $75,347.61 | Finishing |
| Bill | 4/30/2024 | 15847 | 3216 Pacific Coast Propane Llc | $360.68 | $75,708.29 | Propane |
| Bill | 5/21/2024 | MAY2024 | 3216 Pacific Coast Propane Llc | $71.35 | $75,779.64 | Propane |
| Bill | 5/31/2024 | 37087111593000927787 | 3221 Park Disposal -EDCO | $927.78 | $76,707.42 | Unitities |
| Bill | 5/10/2024 | 0000000233a | 3222 Chase Bank | $4,303.62 | $81,011.04 | Equipment Loan |
| Bill | 5/1/2024 | 521 | 3229 Wired World | $4,259.90 | $85,270.94 | IT Support |
| Bill | 5/1/2024 | 204 | 3244 AT&T | $371.62 | $85,642.56 | Telephone |
| Bill | 5/16/2024 | 287340334585X05242024 | 3244 AT&T | $176.92 | $85,819.48 | Telephone |
| Bill | 5/8/2024 | 16951722 | 3318 RADWELL INTERNATIONAL | $77.28 | $85,896.76 | Materials |
| Bill | 5/1/2024 | 326651 | 3329 Smash My Trash Northwest Anaheim | $220.00 | $86,116.76 | Trash Removal |
| Bill | 5/29/2024 | 111-8294726-6469005 | 3349 Amazon Capital Services, Inc. | $84.26 | $86,201.02 | Materials |
| Bill | 5/16/2024 | 2405107 | 3362 CPS/Garten Corporation | $5,701.56 | $91,902.58 | Materials |
| Bill Credit | 4/18/2024 | 9610997-00 | 3364 E.B. Bradley | ($136.25) | $91,766.33 | Materials |
| Bill Credit | 4/22/2024 | 04222024 | 3375 Guardian | ($3,000.00) | $88,766.33 | Benefits |
| Bill | 5/24/2024 | 05242024d | 3375 Guardian | $2,220.89 | $90,987.22 | Benefits |
| Journal | 5/22/2024 | JE3714 | 3378 Home Depot | $63.90 | $91,051.12 | Materials |
| Bill Credit | 5/22/2024 | WM69266718 | 3378 Home Depot | ($63.90) | $90,987.22 | Materials |

EXHIBIT E

**MASHindustries**
**Balance Sheet Detail**
**From Jan 2024 to May 2024**

| Financial Type | Date | Document Number | Name | Amount | Balance | |
|---|---|---|---|---|---|---|
| Bill Credit | 5/22/2024 | WM69266718 - Cancelled | 3378 Home Depot | ($63.90) | $90,923.32 | Materials |
| Bill | 5/1/2024 | NC65258 | 3395 Richelieu | $439.96 | $91,363.28 | Materials |
| Bill | 5/2/2024 | 0011215450 | 3398 Rugby | $5,256.00 | $96,619.28 | Materials |
| Bill | 4/15/2024 | 04152024 | 3411 US Bank Equipment | $3,090.00 | $99,709.28 | Equipment Loan |
| Bill | 5/13/2024 | 05132024 | 3411 US Bank Equipment | $3,090.00 | $102,799.28 | Equipment Loan |
| Bill | 5/9/2024 | 2596578 | 3424 LX Hausys America, Inc. | $7,616.00 | $110,415.28 | Materials |
| Bill | 5/17/2024 | 2598651 | 3424 LX Hausys America, Inc. | $12,758.00 | $123,173.28 | Materials |
| Bill | 4/29/2024 | 04262024 | 3527 Noe Tellez | $3,300.00 | $126,473.28 | Installation |
| Bill | 5/12/2024 | 05122024 | 3688 WestGUARD Insurance Company | $2,508.40 | $128,981.68 | Business Insurance |
| Bill | 5/19/2024 | INV07452974 | 3836 Quench USA, Inc | $96.98 | $129,078.66 | Water Dispenser |
| Bill | 5/2/2024 | S30655 | 3964 Rulon Company | $57,204.00 | $186,282.66 | Materials |
| Bill Payment | 5/3/2024 | 122232100250035 | 3964 Rulon Company | ($17,160.00) | $169,122.66 | Materials |
| Bill | 4/21/2024 | 221258101042124 | 3967 Spectrum Enterprise | $1,399.00 | $170,521.66 | Data/Internet |
| Bill | 5/1/2024 | 5110 | 4018 Architectural Millwork Installers Inc | $28,961.00 | $199,482.66 | Installation |
| Bill Payment | 5/3/2024 | 122232100250036 | 4018 Architectural Millwork Installers Inc | ($15,000.00) | $184,482.66 | Installation |
| Bill | 5/14/2024 | 5111 | 4018 Architectural Millwork Installers Inc | $14,000.00 | $198,482.66 | Installation |
| Bill Payment | 5/20/2024 | 122232100250037 | 4018 Architectural Millwork Installers Inc | ($14,400.00) | $184,082.66 | Installation |
| Bill | 5/31/2024 | 106814 | 4057 Tile Expo Inc | $3,998.13 | $188,080.79 | Installation |
| Bill | 5/30/2024 | 16606123 | 4058 LEAF | $253.86 | $188,334.65 | Copier Lease |
| Bill | 5/24/2024 | 16714494 | 4099 Hartford Insurance | $1,126.20 | $189,460.85 | Business Insurance |
| Bill | 5/2/2024 | 101026730 | 4119 ROCKLER | $103.42 | $189,564.27 | Materials |
| Bill | 5/17/2024 | 28896 | 4159 Coast To Coast Metal Finishing Corp | $880.00 | $190,444.27 | Materials |
| Bill | 5/2/2024 | 1164 | 4222 One Shot Media LLC | $500.00 | $190,944.27 | Project Photography |
| Bill | 5/9/2024 | 05092024 | 4223 Department of Employment Services | $800.00 | $191,744.27 | 2021 2022 2023 Penalty Notice |
| | **Total - 2015 - Post AP** | | | **$191,744.27** | | |
| | **Total - 2010 - Accounts Payable** | | | **$191,744.27** | | |
| | **Total Accounts Payable** | | | **$191,744.27** | | |
| | **Total Current Liabilities** | | | **$191,744.27** | | |
| **Total Liabilities & Equity** | | | | **$191,744.27** | | |

**EXHIBIT F**

**MASHindustries**
**A/R Aging Summary**
**As of May 31, 2024**

| Customer | Current Open Balance | 5/21/2024 - 6/19/2024 (30) Open Balance | 4/21/2024 - 5/20/2024 (60) Open Balance | 3/22/2024 - 4/20/2024 (90) Open Balance | Before 3/22/2024 (>90) Open Balance | Total Open Balance |
|---|---|---|---|---|---|---|
| 1746 | $18,875.94 | $185,626.59 | $0.00 | $0.00 | $0.00 | $204,502.53 |
| 1770 | $15,746.75 | $54,091.30 | $0.00 | $0.00 | $0.00 | $69,838.05 |
| 1823 | $43,032.33 | $31,296.24 | $0.00 | $0.00 | $0.00 | $74,328.57 |
| 1885 | $0.00 | $0.00 | $0.00 | $0.00 | $34,688.00 | $34,688.00 |
| 1919 | $0.00 | $0.00 | $0.00 | $0.00 | $9,115.45 | $9,115.45 |
| 1936 | $0.00 | $0.00 | $0.00 | $0.00 | $421,951.75 | $421,951.75 |
| 1953 | $52,009.01 | $0.00 | $0.00 | $0.00 | $0.00 | $52,009.01 |
| 1954 | $0.00 | $0.00 | $0.00 | $0.00 | $45,159.66 | $45,159.66 |
| 2148 | $288,957.38 | $0.00 | $279,964.65 | $0.00 | $0.00 | $568,922.03 |
| 2167 | $0.00 | $9,350.00 | $0.00 | $0.00 | $0.00 | $9,350.00 |
| 2263 | $9,135.00 | $0.00 | $0.00 | $13,737.50 | $692.00 | $23,564.50 |
| 2340 | $0.00 | $0.00 | $4,360.00 | $0.00 | $4,307.76 | $8,667.76 |
| 2341 | $0.00 | $0.00 | $0.00 | $0.00 | $20,893.45 | $20,893.45 |
| 2366 | $0.00 | $0.00 | $0.00 | $0.00 | $13,669.30 | $13,669.30 |
| 2382 | $0.00 | $41,949.97 | $0.00 | $59,675.13 | ($48,953.73) | $52,671.37 |
| 2407 | $22,680.00 | $42,267.39 | $0.00 | $0.00 | $0.00 | $64,947.39 |
| **Total** | **$450,436.41** | **$364,581.49** | **$284,324.65** | **$73,412.63** | **$501,523.64** | **$1,674,278.82** |

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 01, 2024 through May 31, 2024
Account Number: 8725

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00019985 DRE 703 141 15324 NNNNNNNNNNN T 1 000000000 64 0000
MASHINDUSTRIES, INC.
7150 VILLAGE DR
BUENA PARK CA 90621-2261

## CHECKING SUMMARY    Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $94,344.66 |
| Deposits and Additions | 15 | 453,921.30 |
| Electronic Withdrawals | 47 | -547,340.53 |
| Ending Balance | 62 | $925.43 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/01 | Book Transfer Credit B/O: Mash Studios, Inc. Buena Park CA 90621-2261 US Ref: May MS MI Invoices/Bnf/May MS MI Invoices Trn: 3955594122Es | $25,000.00 |
| 05/01 | Deposit    2104571672 | 74,621.25 |
| 05/01 | Online Transfer From Chk ...3675 Transaction#: 20641971489 | 39,000.00 |
| 05/01 | Online Transfer From Chk ...3155 Transaction#: 20641998369 | 10,000.00 |
| 05/03 | Book Transfer Credit B/O: Mash Studios, Inc. Buena Park CA 90621-2261 US Ref: Invoices/Bnf/Invoices Trn: 3262574124Es | 25,000.00 |
| 05/06 | Deposit    2101745648 | 78,282.41 |
| 05/09 | Wire Reversal B/O: JPMC Cb Funds Transfer Same Day Tampa FL 33610-9128 US Org: Aba/322282001 Schoolsfirst Federal Credit Union Ref:/Bnf/Our Ref Jpm240509-012655 Chaseref1039251130Ff Rtn Dtd 05/09/202 4 Trn 3419614130Es As Inv 34876 Un Ab Le To Locate Account. Regards Trn: 1037700130Hh | 450.00 |
| 05/15 | Orig CO Name                      Orig ID:1475153405 Desc Date:        CO Entry Descr:Draw20    Sec:CCD    Trace#:071925389967323 Eed:240515   Ind ID:32380 Ind Name:Mash Industries, Inc                                       Draw: 20 071925389 Trn: 1369967323Tc | 101,537.97 |
| 05/16 | Deposit    2101745646 | 16,706.25 |
| 05/17 | Deposit    2101745645 | 67,971.30 |
| 05/23 | Book Transfer Credit B/O: Mash Studios, Inc. Buena Park CA 90621-2261 US Ref: Inv1426                Bnf/Inv14                           481764144Es | 3,290.76 |

Page 1 of 8

# CHASE ◯

May 01, 2024 through May 31, 2024
Account Number: ▇▇▇▇▇3725

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/23 | Orig CO Name:▇▇▇▇▇▇▇▇▇ Orig ID:9330774939 Desc Date:240523 CO Entry Descr:Payables Sec:CCD Trace#:071000282986348 Eed:240523 Ind ID:Sup-1000000141 Ind Name:Mashindustries Inc Inv1496\ ▇▇▇▇▇EFT Deposit Trn: 1442986348Tc | 3,290.76 |
| 05/24 | Orig CO Name:Paychex Eib Orig ID:3161124166 Desc Date:240524 CO Entry Descr:Invoice Sec:CCD Trace#:021000020541518 Eed:240524 Ind ID:X07519100000307 Ind Name:Mashindustries Inc Trn: 1450541518Tc | 4,938.75 |
| 05/28 | Deposit  2101745643 | 2,831.85 |
| 05/31 | Online Transfer From Chk ...3218 Transaction#: 20952059966 | 1,000.00 |
| **Total Deposits and Additions** | | **$453,921.30** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/01 | 05/01 Online Domestic Wire Transfer A/C: Paychex of New York LLC Rochester NY 14625- US Ref: Mashindustries Inc 70073111/Bnf/Mashindustries Inc 70073111 Trn: 3810504122Es | $50,246.38 |
| 05/01 | 05/01 Online Domestic Wire Transfer A/C: Lx Hausys America Inc. Alpharetta GA 30005-2029 US Ref: PO 20240354/Bnf/PO 20240354 Trn: 3906374122Es | 8,701.00 |
| 05/01 | 05/01 Online Domestic Wire Transfer Via: U S Bk Cincinnati/122000496 A/C: Royal Plywood Company Cerritos CA 90703 US Ref: PO 20240355/Bnf/PO 20240355/Time/16:16 Imad: 0501Mmqfmp2L037772 Trn: 3967574122Es | 9,879.39 |
| 05/01 | 05/01 Online Domestic Wire Transfer Via: First Intrst Bank/092901683 A/C: Lisa P Boardman Spokane WA 99208 US Ref: Transfer - Expense Reimbursement/Bnf/Transfer - Expense Reimbursement Imad: 0501Mmqfmp2L037989 Trn: 3974514122Es | 7,500.00 |
| 05/01 | Orig CO Name:Cfs - Cardlock F Orig ID:1330586680 Desc Date: CO Entry Descr:Arinvoicessec:CCD Trace#:121137522831657 Eed:240430 Ind ID:000042620 Ind Name:Mash Industries Inc Trn: 1212831657Tc | 768.64 |
| 05/01 | Orig CO Name:Bancorpsv Orig ID:1050006509 Desc Date:240430 CO Entry Descr:Bancorpsv Sec:CCD Trace#:031101113126217 Eed:240430 Ind ID:99994 Ind Name:Wex Health Dbi Wh-Wex Health Dbi-99994-Settle Purc Hase | 156.84 |
| 05/01 | Orig CO Name:Bancorpsv Orig ID:1050006509 Desc Date:240430 CO Entry Descr:Bancorpsv Sec:CCD Trace#:031101113126225 Eed:240430 Ind ID:99994 Ind Name:Wex Health Dbi Wh-Wex Health Dbi-99994-Settle Purc Hase | 30.94 |
| 05/02 | 05/02 Online Domestic Wire Transfer Via: Fm Lb/122201198 A/C: Bsp Vbp Propco LLC Tempe AZ 85283 US Ref: Lease Payment 5/1/2024/Bnf/Lease Payment 5/1/2024 Imad: 0502Mmqfmp2L007607 Trn: 3160464123Es | 84,924.66 |
| 05/02 | 05/02 Online Domestic Wire Transfer A/C: Mash Studios, Inc. Buena Park CA 90621-2261 US Ref: Transfer/Bnf/Transfer Trn: 3390594123Es | 39,000.00 |
| 05/02 | 05/02 Online Transfer To Chk ...3155 Transaction#: 20653600007 | 10,000.00 |
| 05/03 | 05/03 Online Domestic Wire Transfer A/C: Architectural Millwork Installers, Simi Valley CA 93065-4046 US Ref: Invoice 5110/Bnf/Invoice 5110 Trn: 3201584124Es | 15,000.00 |
| 05/03 | 05/03 Online Domestic Wire Transfer A/C: Rulon International, Inc. Saint Augustine FL 32092- US Ref: PO20240358/Bnf/PO20240358 Trn: 3646094124Es | 17,160.00 |
| 05/03 | Orig CO Name:Gaslamp Insuranc Orig ID:1800853754 Desc Date: CO Entry Descr:Gaslampinssec:CCD Trace#:051000012651804 Eed:240502 Ind ID:348847 Ind Name:Mashindusries Trn: 1232651804Tc | 16,793.00 |
| 05/03 | Orig CO Name:Paychex Eib Orig ID:3161124166 Desc Date:240502 CO Entry Descr:Invoice Sec:CCD Trace#:021000020826412 Eed:240502 Ind ID:X07249700002223 Ind Name:Mashindustries Inc Trn: 1230826412Tc | 539.32 |
| 05/03 | Orig CO Name:Bancorpsv Orig ID:1050006509 Desc Date:240502 CO Entry Descr:Bancorpsv Sec:CCD Trace#:031101113552997 Eed:240502 Ind ID:99994 Ind Name:Wex Health Dbi Wh-Wex Health Dbi-99994-Settle Purc Hase | 90.10 |
| 05/06 | Orig CO Name:Paychex-Hrs Orig ID:9540920001 Desc Date: CO Entry Descr:401(K) Sec:CCD Trace#:043000092938886 Eed:240503 Ind ID:0000044517306 Ind Name:Mashindustries Inc Trn: 1242938886Tc | 798.33 |
| 05/08 | 05/08 Online Domestic Wire Transfer A/C: Paychex of New York LLC Rochester NY 14625- US Ref: Mashindustries 70073111/Bnf/Mashindustries 70073111 Trn: 3536344129Es | 50,862.30 |

# CHASE ◯

May 01, 2024 through May 31, 2024

Account Number: ████████8725

## ELECTRONIC WITHDRAWALS | *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 05/08 | Orig CO Name:Edco        Orig ID:2336634601 Desc Date:552024 CO Entry Descr:Edco Sec:PPD   Trace#:091408591148305 Eed:240507  Ind ID:          Ind Name:Mash Industries Trn: 1281148305Tc | 1,728.08 |
| 05/08 | Orig CO Name:Bill.Com LLC       Orig ID:1082689000 Desc Date:      CO Entry Descr:Billing Sec:CCD   Trace#:021000021672320 Eed:240507  Ind ID:02B4Oovbrqafp03         Ind Name:Mashindustries Inc      Bill.Com 02B4Oovbrqafp03 Stmt 24051 565548 Mashind | 675.12 |
| 05/09 | 05/09 Online Domestic Wire Transfer A/C: Mash Studios, Inc. Buena Park CA 90621-2261 US Ref: Transfer Cc/Bnf/Transfer Cc Trn: 3389884130Es | 7,500.00 |
| 05/09 | 05/09 Online Domestic Wire Transfer Via: Schoolsfirst Fcu/322282001 A/C: A And N Welding Chino CA 91710 US Ref: Inv 34876/Bnf/Inv 34876 Imad: 0509Mmqfmp2L023612 Trn: 3419614130Es | 450.00 |
| 05/09 | Orig CO Name:Big Red Machine      Orig ID:1204895317 Desc Date:      CO Entry Descr:Payables Sec:CCD    Trace#:021000020830088 Eed:240508  Ind ID:015Wqpvxon1H4Mp        Ind Name:Mashindustries Inc     Big Red Machine Shop Bill.Com P2405 0702 - 1973146 | 400.00 |
| 05/10 | Orig CO Name:Paychex Eib       Orig ID:3161124166 Desc Date:240509 CO Entry Descr:Invoice  Sec:CCD    Trace#:021000020031818 Eed:240509  Ind ID:X07340800000654  Ind Name:Mashindustries Inc Trn: 1300031818Tc | 539.32 |
| 05/10 | Orig CO Name:Bancorpsv      Orig ID:1050006509 Desc Date:240509 CO Entry Descr:Bancorpsv Sec:CCD    Trace#:031101116399618 Eed:240509  Ind ID:99994 Ind Name:Wex Health Dbi        Wh-Wex Health Dbi-99994-Settle Purc Hase | 254.10 |
| 05/13 | Orig CO Name:Paychex-Hrs      Orig ID:9540920001 Desc Date:      CO Entry Descr:401(K)   Sec:CCD    Trace#:043000095107163 Eed:240510  Ind ID:0000044574951 Ind Name:Mashindustries Inc Trn: 1315107163Tc | 795.56 |
| 05/14 | 05/14 Online Domestic Wire Transfer Via: First Intrst Bank/092901683 A/C: Lisa Boardman Spokane WA 99208 US Ref: Transfer - Expense Reimbursement/Bnf/Transfer - Expense Reimbursement Imad: 0514Mmqfmp2L021420 Trn: 3400954135Es | 7,500.00 |
| 05/15 | 05/15 Online Domestic Wire Transfer A/C: Paychex of New York LLC Rochester NY 14625- US Ref: Mashindustries 70073111/Bnf/Mashindustries 70073111 Trn: 3491484136Es | 46,242.99 |
| 05/15 | Orig CO Name:Bancorpsv       Orig ID:1050006509 Desc Date:240514 CO Entry Descr:Bancorpsv Sec:CCD    Trace#:031101111478748 Eed:240514  Ind ID:99994 Ind Name:Wex Health Dbi        Wh-Wex Health Dbi-99994-Settle Purc Hase | 261.40 |
| 05/15 | Orig CO Name:Bancorpsv       Orig ID:1050006509 Desc Date:240514 CO Entry Descr:Bancorpsv Sec:CCD    Trace#:031101111478738 Eed:240514  Ind ID:99994 Ind Name:Wex Health Dbi        Wh-Wex Health Dbi-99994-Settle Purc Hase | 44.89 |
| 05/16 | 05/16 Online Domestic Wire Transfer A/C: Mash Studios, Inc. Buena Park CA 90621-2261 US Ref: Transfer/Bnf/Transfer Trn: 3450204137Es | 25,000.00 |
| 05/16 | Orig CO Name:Cfs - Cardlock F     Orig ID:1330586680 Desc Date:      CO Entry Descr:Arinvoicessec:CCD    Trace#:121137520075801 Eed:240515  Ind ID:000042620    Ind Name:Mash Industries Inc Trn: 1360075801Tc | 304.50 |
| 05/17 | Orig CO Name:Toyota ACH Rtl      Orig ID:4953775816 Desc Date:      CO Entry Descr:05152024  Sec:Web   Trace#:028000088802117 Eed:240516  Ind ID:Yhwab2Qhsqps5G8         Ind Name:Bernard Brucha       P59643364-26269 | 767.74 |
| 05/17 | Orig CO Name:Paychex Eib       Orig ID:3161124166 Desc Date:240516 CO Entry Descr:Invoice  Sec:CCD    Trace#:021000028721057 Eed:240516  Ind ID:X07419400000221  Ind Name:Mashindustries Inc Trn: 1378721057Tc | 305.66 |
| 05/20 | 05/20 Online Domestic Wire Transfer Via: First Intrst Bank/092901683 A/C: Lisa Boardman Spokane WA 99208 US Ref: Transfer - Expense Reimbursement/Bnf/Transfer - Expense Reimbursement Imad: 0520Mmqfmp2K022028 Trn: 3438484141Es | 7,500.00 |
| 05/20 | 05/20 Online Domestic Wire Transfer A/C: Architectural Millwork Installers, Simi Valley CA 93065-4046 US Ref: PO20240121 Inv5111/Bnf/PO20240121 Inv5111 Trn: 3565484141Es | 14,400.00 |
| 05/20 | Orig CO Name:Paychex-Hrs      Orig ID:9540920001 Desc Date:      CO Entry Descr:401(K)   Sec:CCD    Trace#:043000099250459 Eed:240517  Ind ID:0000044642061 Ind Name:Mashindustries Inc Trn: 1389250459Tc | 795.56 |
| 05/20 | Orig CO Name:A&N Welding      Orig ID:1204895317 Desc Date:      CO Entry Descr:Payables Sec:CCD    Trace#:021000026889801 Eed:240517  Ind ID:015Bvfjtyb1Ughh        Ind Name:Mashindustries Inc      A&N Welding Bill.Com P24051602 - 4251271 Inv | 450.00 |
| 05/22 | 05/22 Online Transfer To Chk ...3218 Transaction#: 20855238061 | 67,971.30 |





May 01, 2024 through May 31, 2024
Account Number: 725

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 05/22 | Orig CO Name:So Cal Edison CO    Orig ID:0088778600 Desc Date:    CO Entry Descr:Directpay Sec:CCD   Trace#:021000024826726 Eed:240521   Ind ID:700407833918   Ind Name:Mash Industries Inc | 6,959.69 |
| 05/23 | 05/23 Online Transfer To Chk ...3218 Transaction#: 20869212177 | 27,000.00 |
| 05/24 | 05/24 Online Domestic Wire Transfer A/C: Mash Studios, Inc. Buena Park CA 90621-2261 US Ref: Inv1426 MS Club Studio Paid To MI Rev/Bnf/Inv1426 MS Club Studio Paid Tomi Rev Trn: 3135234145Es | 6,581.52 |
| 05/24 | Orig CO Name:Paychex Eib    Orig ID:3161124166 Desc Date:240523 CO Entry Descr:Invoice  Sec:CCD   Trace#:021000026968787 Eed:240523   Ind ID:X07511800002474   Ind Name:Mashindustries Inc Trn: 1446968787Tc | 305.66 |
| 05/28 | Orig CO Name:Paychex-Hrs    Orig ID:9540920001 Desc Date:    CO Entry Descr:401(K)  Sec:CCD   Trace#:043000090499343 Eed:240524   Ind ID:0000044701386   Ind Name:Mashindustries Inc Trn: 1450499343Tc | 769.16 |
| 05/28 | Orig CO Name:Wex Health Inc    Orig ID:1900058554 Desc Date:    CO Entry Descr:Wh Admin  Sec:PPD   Trace#:091310524537030 Eed:240524   Ind ID:   Ind Name:Mashindustries Trn: 1454537030Tc | 70.00 |
| 05/29 | 05/29 Online Transfer To Chk ...3218 Transaction#: 20920538226 | 7,500.00 |
| 05/31 | 05/31 Online Transfer To Chk ...3218 Transaction#: 20944208964 | 1,742.81 |
| 05/31 | Orig CO Name:Cfs - Cardlock F    Orig ID:1330586680 Desc Date:    CO Entry Descr:Arinvoicessec:CCD   Trace#:121137523536558 Eed:240530   Ind ID:000042620   Ind Name:Mash Industries Inc Trn: 1513536558Tc | 74.57 |
| **Total Electronic Withdrawals** | | **$547,340.53** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---:|---|---:|---|---:|
| 05/01 | $165,682.72 | 05/13 | 21,905.24 | 05/22 | 29,617.03 |
| 05/02 | 31,758.06 | 05/14 | 14,405.24 | 05/23 | 9,198.55 |
| 05/03 | 7,175.64 | 05/15 | 69,393.93 | 05/24 | 7,250.12 |
| 05/06 | 84,659.72 | 05/16 | 60,795.68 | 05/28 | 9,242.81 |
| 05/08 | 31,394.22 | 05/17 | 127,693.58 | 05/29 | 1,742.81 |
| 05/09 | 23,494.22 | 05/20 | 104,548.02 | 05/31 | 925.43 |
| 05/10 | 22,700.80 | | | | |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $95.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$95.00**  Will be assessed on 6/3/24 |

As an added benefit of your Chase Private Client Checking account, you can avoid a monthly service fee on your Chase Platinum Business Checking account in the future by maintaining an average ledger balance of $50,000.00 or more in business deposits and investments.

See your Account Rules and Regulations or stop in to see a banker today to find out more.



May 01, 2024 through May 31, 2024
Account Number: ████████ 88725

# SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 6 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 52 | 500 | 0 | $0.40 | $0.00 |
| **Subtotal Other Service Charges (Will be assessed on 6/3/24)** | | | | | **$95.00** |

**ACCOUNT 000000368188725**

| | | | | | |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | | |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 6 | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 52 | | | | |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit(SM) are based on previous month activity.



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 06, 2024 through May 31, 2024

Account Number: ▮▮▮▮ 3218

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00030782 DRE 703 142 15724 NNNNNNNNNNN T 1 000000000 D3 0000

MASHINDUSTRIES, INC.
DEBTOR IN POSSESSION CASE NO 24-11046
7150 VILLAGE DR
BUENA PARK CA 90621-2261

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | $0.00 |
| Deposits and Additions | 7 | 152,014.31 |
| Electronic Withdrawals | 8 | -148,650.60 |
| **Ending Balance** | 15 | **$3,363.71** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/22 | Online Transfer From Chk ...8725 Transaction#: 20855238061 | $67,971.30 |
| 05/23 | Online Transfer From Chk ...8725 Transaction#: 20869212177 | 27,000.00 |
| 05/23 | Orig CO Name:Bill.Com       Orig ID:2204895317 Desc Date:        CO Entry Descr:Acctverifysec:CCD   Trace#:021000026948937 Eed:240523      Ind ID:015Mssxhdy207Ko          Ind Name:Mashindustries Inc Trn: 1446948937Tc | 0.20 |
| 05/29 | Online Transfer From Chk ...8725 Transaction#: 20920538226 | 7,500.00 |
| 05/31 | Online Transfer From Chk ...3675 Transaction#: 20944961385 | 38,000.00 |
| 05/31 | Online Transfer From Chk ...3155 Transaction#: 20945022526 | 9,800.00 |
| 05/31 | Online Transfer From Chk ...8725 Transaction#: 20944208964 | 1,742.81 |
| **Total Deposits and Additions** | | **$152,014.31** |

Page 1 of 4

# CHASE 🔵

May 06, 2024 through May 31, 2024
Account Number: ████████3218

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/22 | 05/22 Online Domestic Wire Transfer A/C: Paychex of New York LLC Rochester NY 14625- US Ref: Mashindustries 7007-3111/Bnf/Mashindustries 7007-3111 Trn: 3453934143Es | $48,536.83 |
| 05/23 | Orig CO Name:Bill.Com      Orig ID:2204895317 Desc Date:      CO Entry Descr:Acctverifysec:CCD    Trace#:021000026948939 Eed:240523   Ind ID:015Mssxhdy207Ko Ind Name:Mashindustries Inc Trn: 1446948939Tc | 0.20 |
| 05/23 | 05/23 Online Transfer To Chk ...3675 Transaction#: 20869504165 | 32,000.00 |
| 05/24 | Orig CO Name:The Guardian       Orig ID:9555837002 Desc Date:May 23 CO Entry Descr:May Gp Inssec:CCD    Trace#:021000028518851 Eed:240524   Ind ID:54718700Aad0001       Ind Name:Chase Trn: 1458518851Tc | 10,550.06 |
| 05/24 | Orig CO Name:Lease Services     Orig ID:S510269559 Desc Date:240524 CO Entry Descr:ACH Pymts Sec:PPD   Trace#:022000046914949 Eed:240524   Ind ID: Ind Name:Mashstudios Trn: 1456914949Tc | 253.86 |
| 05/29 | 05/29 Online Domestic Wire Transfer Via: First Intrst Bank/092901683 A/C: Lisa Boardman Spokane WA 99208 US Ref: Transfer - Expense Reimbursement/Bnf/Transfer - Expense Reimbursement Imad: 0529Mmqfmp2M025310 Trn: 3453684150Es | 7,500.00 |
| 05/31 | 05/31 Online Domestic Wire Transfer A/C: Paychex of New York LLC Rochester NY 14625- US Ref: Mashindustries 70073111/Bnf/Mashindustries 70073111 Trn: 3811434152Es | 48,809.65 |
| 05/31 | 05/31 Online Transfer To Chk ...8725 Transaction#: 20952059966 | 1,000.00 |
| **Total Electronic Withdrawals** | | **$148,650.60** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 05/22 | $19,434.47 |
| 05/23 | 14,434.47 |
| 05/24 | 3,630.55 |
| 05/29 | 3,630.55 |
| 05/31 | 3,363.71 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 1 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 6 | 500 | 0 | $0.40 | $0.00 |
| **Miscellaneous Fees** | | | | | |
| Online Domestic Wire Fee | 1 | 4 | 0 | $25.00 | $0.00 |
| **Subtotal Other Service Charges** | | | | | **$0.00** |

ACCOUNT ████████3218



May 06, 2024 through May 31, 2024

Account Number: ███████3218

## SERVICE CHARGE DETAIL (continued)

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 1 | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 6 | | | | |
| **Miscellaneous Fees** | | | | | |
| Online Domestic Wire Fee | 1 | | | | |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit℠ are based on previous month activity.



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**