DAVID M. POITRAS – Bar No. 141309
SUSAN K. SEFLIN – Bar No. 213865
JESSICA L. BAGDANOV – Bar No. 281020
JESSICA S. WELLINGTON – Bar No. 324477
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email: dpoitras@bg.law
       sseflin@bg.law
       jbagdanov@bg.law
       jwellington@bg.law

Attorneys for Chapter 11 Debtor and
Debtor in Possession

**FILED & ENTERED**

**OCT 25 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re

MASHindustries, Inc.,

        Debtor and Debtor
        in Possession.

Case No. 8:24-bk-11046-TA

Chapter 11

**ORDER: (1) APPROVING COMPROMISE PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; AND (2) AUTHORIZING DEBTOR TO ASSUME LEASE PURSUANT TO 11 U.S.C. § 365**

**Hearing:**
Date: October 23, 2024
Time: 10:00 a.m.
Place: Courtroom 5B
      United States Bankruptcy Court
      411 West Fourth Street
      Santa Ana, CA 92701

1

The Court, having read and considered the *Motion for Entry of an Order: (1) Approving Compromise Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure; and (2) Authorizing Debtor to Assume Lease Pursuant to 11 U.S.C. § 365*, filed by MASHindustries, Inc., the chapter 11 debtor and debtor in possession herein (the "Debtor") [Docket No. 185] (the "Motion"), and supporting declaration, the notice provided, the files and records in this chapter 11 case, there being no objections filed to the relief requested by the Motion, and for good cause appearing, therefor,

**IT IS HEREBY ORDERED** that:

1. The Motion is granted.

2. The Debtor is authorized to enter into and execute the Amendment to the Lease,[1] and the Court approves the compromise between the Debtor and landlord BSP VBP Propco, LLC (the "Landlord") embodied in the Amendment (the Lease as amended by the Amendment is referred to hereinafter as the "Lease Agreement").[2]

3. The Debtor is authorized to assume the Lease Agreement, and the Lease Agreement is deemed assumed by the Debtor.

4. The Debtor is authorized to execute any and all documents and take any and all actions necessary to effectuate and perform under the Lease Agreement.

5. The assumed Lease Agreement shall be effective upon entry of this Order.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] The Lease and the Amendment are attached as Exhibits 1 and 2, respectively, to the declaration of Bernard Brucha accompanying the Motion [Docket No. 185].

[2] Capitalized terms used in this Order and not specifically defined herein shall have the meaning ascribed to such terms in the Motion.

7. The Court retains exclusive jurisdiction over any disputes relating to the Lease Agreement or possession of the Property (including, if the Landlord establishes appropriate cause, entering a surrender order as permitted by *Anderson v. Elm Inn, Inc. (In re Elm Inn, Inc.)*, 942 F.2d 630 (9th Cir. 1991)).

# # #

Date: October 25, 2024

*[signature]*

Theodor C. Albert
United States Bankruptcy Judge