# United States Bankruptcy Court
# Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

# NOTICE OF ORDER CONFIRMING CHAPTER 11 PLAN

**DEBTOR(S) INFORMATION:**
MASHindustries, Inc.
**SSN:** N/A
**EIN:** 46−3344644
dba Mash Industries, Inc.

7150 Village Drive
Buena Park, CA 90621

**BANKRUPTCY NO.**  8:24−bk−11046−TA
**CHAPTER**  11

Notice is hereby given of the entry of an order of this Court confirming a chapter 11 plan. You may review the order and the plan itself at the bankruptcy clerk's office at the address listed above or online at https://pacer.uscourts.gov.

Dated: January 28, 2025

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntc11pln rev. 12/20) VAN−50

**220 / AUTU**