DAVID M. POITRAS – Bar No. 141309
SUSAN K. SEFLIN – Bar No. 213865
JESSICA L. BAGDANOV – Bar No. 281020
JESSICA S. WELLINGTON – Bar No. 324477
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email:    dpoitras@bg.law
          sseflin@bg.law
          jbagdanov@bg.law
          jwellington@bg.law

Attorneys for Chapter 11 Debtor

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MASHindustries, Inc.,<br><br>    Debtor.<br>. | Case No. 8:24-bk-11046-TA<br><br>Chapter 11<br><br>**NOTICE OF: (I) EFFECTIVE DATE OF DEBTOR'S PLAN OF REORGANIZATION; (II) ADMINISTRATIVE CLAIM BAR DATE; (III) PROFESSIONAL COMPENSATION BAR DATE; AND (IV) CLAIMS OBJECTION DEADLINE; AND**<br><br>**NOTICE TO PROFESSIONALS OF HEARING ON FINAL APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**<br><br>**Fee Application Hearing:**<br>Date: April 2, 2025<br>Time: 10:00 a.m.<br>Place: Courtroom 5B<br>       United States Bankruptcy Court<br>       411 West Fourth Street<br>       Santa Ana, CA 92701 |

1

3030759

**TO THE HONORABLE THEODOR C. ALBERT, CHIEF UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, THE ESTATE'S PROFESSIONALS, AND ALL INTERESTED PARTIES:**

      **PLEASE TAKE NOTICE** that as of January 29, 2025, all conditions precedent to the effectiveness of the *Chapter 11 Plan of Reorganization Dated November 14, 2024* [Doc. No. 199] (the "Plan")[1] filed by MashIndustries, Inc. (the "Debtor"), as confirmed by the *Order Confirming Debtor's Chapter 11 Plan of Reorganization Dated November 14, 2024* [Doc. 219] (the "Confirmation Order") entered by the Court on January 28, 2025, have been met and the effective date ("Effective Date") of the Plan is January 29, 2025, for all purposes.

      **PLEASE TAKE FURTHER NOTICE** that as a result of the occurrence of the Effective Date, the administrative claims bar date ("Administrative Claims Bar Date") for filing applications for allowance of administrative claims ("Administrative Claims") shall be **February 28, 2025**. The failure to file an application for the allowance of an Administrative Claim by the Administrative Claims Bar Date shall result in such claim being forever barred.

      **PLEASE TAKE FURTHER NOTICE** that to be considered "Allowed Professional Fees" as defined in the Plan, such claims must be made by application filed on or before the Administrative Claims Bar Date, i.e., on or before **February 28, 2025**.

      **PLEASE TAKE FURTHER NOTICE** that as a result of the occurrence of the Effective Date, the deadline for filing objections to claims (the "Claims Objection Deadline") shall be **July 28, 2025**.

      **PLEASE TAKE FURTHER NOTICE** that a hearing will be held on **April 2, 2025, at 10:00 a.m.**, before the Honorable Theodor C. Albert, Chief United States Bankruptcy Judge, in Courtroom 5B of the United States Bankruptcy Court, located at 411 West Fourth Street, Santa Ana, California 92701, to consider applications for compensation and reimbursement of expenses by the estate's professionals (the "Fee Applications").

---

[1] Capitalized terms not otherwise defined herein shall have those meanings ascribed to them in the Plan.

3030759

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 2016-1(c), all professional persons retained pursuant to court approval may seek approval of final fees at this hearing, provided that they file and serve their fee applications in a timely manner.

**PLEASE TAKE FURTHER NOTICE** that counsel for the Debtor BG Law LLP ("BG") will file and serve on all required parties a notice of the hearing ("Notice") pursuant to Local Bankruptcy Rule 2016-1(c)(3)(C). Any professional who intends to file a Fee Application and desires to include their fees and costs in the Notice should so advise BG in writing, by emailing Susan K. Seflin at sseflin@bg.law, **not later than 5:00 p.m. on February 28, 2025,** and provide the amount of final compensation to be requested (fees and expenses) and the relevant time periods for such compensation.

DATED: January 30, 2025        BG LAW LLP

By: /s/ Susan K. Seflin
David M. Poitras
Susan K. Seflin
Jessica S. Wellington
Attorneys for Chapter 11 Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367**.

A true and correct copy of the foregoing document entitled**: NOTICE OF: (I) EFFECTIVE DATE OF DEBTOR'S PLAN OF REORGANIZATION; (II) ADMINISTRATIVE CLAIM BAR DATE; (III) PROFESSIONAL COMPENSATION BAR DATE; AND (IV) CLAIMS OBJECTION DEADLINE; AND NOTICE TO PROFESSIONALS OF HEARING ON FINAL APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 30, 2025,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Michele S Assayag**   massayag@swlaw.com, kroger@swlaw.com
- **Shawn M Christianson**   cmcintire@buchalter.com, schristianson@buchalter.com
- **Michael J Hauser**   michael.hauser@usdoj.gov
- **Gregory Kent Jones (TR)**   gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
- **Anne C Manalili**   anne.manalili@sba.gov
- **David W. Meadows**   david@davidwmeadowslaw.com
- **Elissa Miller**   elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com
- **Alan Novodor**   novodor@msn.com
- **Matthew D Pham**   mpham@allenmatkins.com, mdiaz@allenmatkins.com
- **David M Poitras**   dpoitras@bg.law
- **Susan K Seflin**   sseflin@bg.law
- **Alan G Tippie**   Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Jessica Wellington**   jwellington@bg.law, ecf@bg.law

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **January 30, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed. **THE REQUIREMENT OF LBR 5005-2(d) TO PROVIDE JUDGES COPIES IS SUSPENDED AT THIS TIME.**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **_____, 2024,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 30, 2025 | JESSICA STUDLEY | /s/ Jessica Studley |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL:**

| | | |
|---|---|---|
| Broadway Advisors, LLC<br>511 30th Street<br>Newport Beach, CA 92663-3770 | MASHindustries, Inc.<br>7150 Village Drive<br>Buena Park, CA 90621-2261 | Santa Ana Division<br>411 West Fourth Street, Suite 2030<br>Santa Ana, CA 92701-4500 |
| ARC Imaging Resources<br>616 Monterey Pass Road<br>Monterey Park, CA 91754-2419 | AT and T<br>PO Box 5014<br>Carol Stream, IL 60197-5014 | |
| Amazon Capital Services<br>PO Box 075184<br>Seattle, WA 98175-0184 | American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 | Architectural Millwork Installers Inc<br>1230 Madera Rd Ste 5174<br>Simi Valley, CA 93065-4045 |
| Atlas Sheet Metal, Inc.<br>Raelene Pace<br>19 Musick<br>Irvine, CA 92618-1638 | BSP VBP PROPCO LLC<br>7420 S Kyrene Road<br>Suite 101<br>Tempe, AZ 85283-4610 | Bay Alarm Company<br>PO Box 7137<br>San Francisco, CA 94120-7137 |
| Big Red Machine Shop<br>2522 North Ontario St.<br>Burbank, CA 91504-2512 | Billd Exchange, LLC<br>3800 N Lamar Blvd<br>No. 210<br>Austin, TX 78756-4011 | CPS Garten Corporation<br>25172 ARCTIC OCEAN DR<br>Suite 108<br>Lake Forest, CA 92630-8851 |
| California Building Care Inc<br>23986 Aliso Creek Road<br>Laguna Niguel, CA 92677-3908 | California Department of Tax and Fee Administration<br>450 N Street<br>Sacramento, CA 95814-4311 | California Department of Tax and Fee Administration<br>PO Box 942879<br>Sacramento, CA 94279-0001 |
| California Dept. of Tax and Fee Administration<br>Collections Support Bureau, MIC:55<br>PO Box 942879<br>Sacramento, CA 94279-0055 | California Office of the Attorney General<br>PO Box 944255<br>Sacramento, CA 94244-2550 | California Panel and Veneer Co.<br>14055 Artesia Blvd<br>Cerritos, CA 90703-7031 |
| California Timberline Inc<br>PO Box 149<br>Chino, CA 91708-0149 | Camira Freight Inc<br>8ee N Rainbow Bl STE 208<br>Las Vegas, NV 89107 | Charles McMurray Company<br>Charles McMurray<br>PO Box 569<br>Fresno, CA 93709-0569 |
| Chase - 7004 Equipment Loan<br>PO Box 44959<br>Indianapolis, IN 46244-0959 | Chase Bank<br>13350 West Park Ave., Ste A1<br>Boulder Creek, CA 95006-9333 | JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Citizens Business Bank<br>23046 Avenida De La Carlota, Suite 100<br>Laguna Hills, CA 92653-1519 | City Of Los Angeles, Office of Finance<br>PO Box 30716<br>Los Angeles, CA 90030-0716 | City of Buena Park<br>Attn: Finance Department<br>PO Box 5009<br>Buena Park, CA 90622-5009 |
| OFFICE OF FINANCE CITY OF LOS ANGELES<br>200 N SPRING ST RM 101 CITY HALL<br>LOS ANGELES CA 90012-3224 | Coast To Coast Metal Finishing Corp<br>401 South Raymond Avenue<br>Alhambra, CA 91803-1532 | Community Bank<br>1750 S. State College Blvd<br>Anaheim, CA 92806-6022 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                 F 9013-3.1.PROOF.SERVICE

Community Bank
790 E. Colorado Blvd
3rd Floor
Pasadena, CA 91101-2181

Custom Installations
1939 Friendship Drive Suite B
EL Cajon, CA 92020-1138

Dolores Cadena
4520 48th Street
San Diego, CA 92115-3235

Drawer Box Specialties
1482 N Batavia Street
Orange, CA 92867-3505

E.B. Bradley
1150 N. Red Gum
Anaheim, CA 92806-2500

Employment Development Department
722 Capitol Mall
Sacramento, CA 95814-4703

Employment Development Department
PO Box 826880
Sacramento, CA 94280-0001

Environments Plus
8934 Eton Ave
Canoga Park CA 91304-1611

Fantastic Wood Coatings
1260 West Holt Boulevard
Ontario, CA 91762-3638

First Interstate Mastercard
PO Box 241826
Omaha , NE 68124-5826

Flores Marble and Granite
533 South Central Park Avenue West
Anaheim, CA 92802-1415

Forest Plywood Co.
14711 Artesia Blvd
La Mirada, CA 90638-6059

Frama-Tech Inc.
8851 Navarre Parkway
Navarre, FL 32566-2198

Frank Recruitment Group
501 East Kennedy Blvd
Suite 1900
Tampa, FL 33602-5238

G and G Millwood Installation Inc.
591 N. Heatherstone Dr
Orange, CA 92869-2648

GL Veneer Company, Inc.
2224 East Slauson Avenue
Huntington Park, CA 90255-2793

GLC Millworks
100 W. Walnut Ave.
Fullerton, CA 92832-2345

Gaslamp Insurance
2244 Faraday Ave
No. 125
Carlsbad, CA 92008-7208

Go To Communications, Inc
PO Box 412252
Boston, MA 02241-2252

Grainger
Dept. 886846207
Palatine IL 60038-0001

Grainger Industrial Supply
310 East Ball Road
Anaheim, CA 92805-6312

Guardian
PO Box 677458
Dallas, TX 75267-7458

Hardwoods Specialty Products US LP
PO Box 741685
Los Angeles, CA 90074-1685

Haskell and White LLP
300 Spectrum Center Drive
Suite 300
Irvine, CA 92618-4987

Hedrick Fire Protection
13309 Central Avenue
Chino, CA 91710-5102

Hexagon Manufacturing Intelligence Inc
Lockbox 771742
1742 Solutions Center
Chicago, IL 60677-1007

Highland Lumber Sales, Inc
300 E. Santa Ana St.
Anaheim, CA 92805-3953

Hing Partners LLC
620 Broadway IR
New York, NY 10012-2616

Humanscale Corporation
220 Circle Drive North
Piscataway, NJ 08854-3705

IDS Interior Detail Solution
Kurt Cledjo
354 Pointe Drive
Brea, CA 92821-7638

IPFS Corporation of California
PO Box 100391
Pasadena, CA 91189-0391

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
c/o Michele Assayag, Esq.
Snell & Wilmer L.L.P.
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626-7689

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

Kairos Tooling
13000 Arctic Circle
Santa Fe Springs, CA 90670-5506

King of Finishing, Inc.
1478 Heatherton Ave
Rowland Heights, CA 91748-2141

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| L and W Supply<br>300 South Riverside Plaza<br>Suite 200<br>Chicago, IL 60606-6616 | Leuco Tool Corporation<br>PO Box 96330<br>Charlotte, NC 28296-0330 | Lumicor, Inc<br>1400 Monster Road SW<br>Renton, WA 98057-2902 |
| MASHindustries, Inc.<br>c/o BG Law<br>Attn: Susan K. Seflin<br>7150 Village Drive<br>Buena Park, CA 90621-2261 | McMaster-Carr Supply Co.<br>PO Box 7690<br>Chicago, IL 60680-7690 | McMaster-Carr Supply Company<br>600 N. County Line Rd<br>Elmhurst, IL 60126-2081 |
| Nace Sheet Metal Corp<br>1384 N Hundley Street<br>Anaheim, CA 92806-1301 | National Marble and Architectural Stone, Inc<br>841 Rainbow Dr.<br>Glendora, CA 91741-2065 | National Search Group Inc.<br>17670 NW 78th Avenue, Unit 103<br>Hialeah, FL 33015-3664 |
| National Search Group dba Woodjobs.com<br>c/o Steven A. Booska<br>PO Box 2169<br>Oakland CA 94621-0069 | Next Level Installations LLC<br>13518 S. Normandie Ave.<br>Gardena, CA 90249-2606 | Noe Tellez<br>3122 Mangum Street<br>Baldwin Park, CA 91706-4542 |
| NuWorld Business Systems<br>13125 Midway Place<br>Cerritos, CA 90703-2232 | Occupational Health Centers of California, A<br>28035 Avenue Stanford<br>Santa Clarita, CA 91355-1104 | OpenWorks<br>2355 E Camelback Rd.<br>Suite 600<br>Phoenix, AZ 85016-9040 |
| Orange Aluminum Corporation<br>13111 Meyer Road<br>Santa Fe Springs, CA 90605-3555 | Orange Courier, Inc.<br>15300 Desman Rd.<br>La Mirado, CA 90638-5762 | Ortiz Custom Upholstery, Inc.<br>4346 East La Palma Ave<br>Anaheim, CA 92807-1806 |
| PRL Glass Systems<br>13644 Nelson Avenue<br>City of Industry, CA 91746-2336 | Pac Com Abrasives and Supplies Inc.<br>13564 Larwin Circle<br>Santa Fe Springs, CA 90670-5031 | Pacific Coast Propane LLC<br>539 W Main Street<br>Ontario, CA 91762-3718 |
| Pacific Upholstery<br>325 E. Alondra Blvd.<br>Gardena, CA 90248-2809 | Paychex 401k<br>1535 Scenic Ave<br>Suite 100<br>Costa Mesa, CA 92626-1103 | Phillips Plywood Company, Inc.<br>13599 Desmond Street<br>Pacoima, CA 91331-2300 |
| Quench USA, Inc.<br>PO Box 735777<br>Dallas, TX 75373-5777 | R Laser and Water Jet Inc.<br>2311 Seaman Ave<br>South El Monte, CA 91733-2632 | R&F Partners, Inc. DBA Smash My Trash North<br>11581 Telegraph Road #237<br>Santa Fe Springs, CA 90670-3112 |
| RRS Finishers Group, LLC<br>9718 Alexander Avenue<br>Apt B<br>South Gate, CA 90280-5184 | Randstad Engineering<br>625 Cumberland Blvd SE<br>Atlanta, GA 30339 | Randstad US<br>3625 Cumberland Blvd. Suite 600<br>Atlanta, GA 30339-6406 |
| Revelations Integrated Services Inc.<br>176 W. Pomona Ave<br>Monrovia, CA 91016-4558 | Richelieu<br>18747 Clarkdale Ave<br>Artesia, CA 90701-5816 | RingCentral<br>PO Box 734232<br>Dallas, TX 75373-4232 |
| Ringcentral Inc.<br>20 Davis Drive<br>Belmont, CA 94002-3002 | Robert Rivas<br>47 Bayshore Ave No. 4<br>Long Beach, CA 90803-6701 | Royal Plywood Company LLC<br>Royal Plywood Company<br>PO Box 728<br>La Mirada, CA 90637-0728 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                              F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Rubio Monocoat USA, LLC<br>22111 State Highway 71<br>301<br>Spicewood, TX 78669-6314 | SC Fuels<br>1800 W Katella Ave<br>Orange, CA 92867-3449 | SG cad Inc.<br>1603 E. Cache La Poudre<br>Colorado Springs, CO 80909-4611 |
| Sherwin Williams<br>8061 Orangethorpe Ave<br>Buena Park, CA 90621-3801 | Sierra Forest Products<br>15501 Mosher Ave<br>Tustin, CA 92780-6424 | Singerlewak LLP – MI<br>10960 Wilshire Blvd<br>Los Angeles, CA 90024-3702 |
| Skillset Group<br>3631 S Harbor Blvd, 130<br>Santa Ana, CA 92704-8908 | Skillset Group<br>800 E Dyer Rd 2nd Floor<br>Santa Ana, CA 92705-5604 | Smash My Trash Northwest Anaheim<br>R and F Partners<br>11518 Telegraph Road<br>Suite No. 237<br>Santa Fe Springs, CA 90670-3110 |
| SMB BANKRUPTCIES<br>1600 DUBLIN RD<br>FLOOR 3<br>COLUMBUS OH 43215-2095 | Stiles Machinery Inc<br>3965 44th St., SE<br>Grand Rapids, MI 49512-3982 | Subchapter V Trustee<br>c/o Stradling Yocca Carlson and Rauth LLC<br>Attn Gregory K. Jones<br>10100 N Santa Monica Blvd., Suite 1450<br>Los Angeles, CA 90067-4115 |
| Summa Solutions, Inc.<br>1309 Hunter Street<br>York, SC 29745-1677 | Talbert Architectural Panel and Door, Inc<br>711 S Stimson Ave<br>City of Industry, CA 91745-1627 | The Cook and Boardman Group LLC<br>3064 Salem Industrial Drive<br>Winston Salem, NC 27127-8854 |
| Tile Expo Inc<br>1360 S State College Blvd<br>Anaheim, CA 92806-5715 | Tile Expo, Inc<br>1440 W Taft Ave<br>Orange, CA 92865-4138 | Toyota Financial<br>1230 Santa Monica Blvd<br>Santa Monica, CA 90404-1706 |
| U.S. Bank Equipment Finance<br>A Division Of U.S. Bank National Association<br>1310 Madrid Street<br>Marshall, MN 56258-4099 | U.S. Small Business Administration<br>10737 Gateway West<br>No. 300<br>El Paso, TX 79935-4910 | U.S. Small Business Administration<br>1545 Hawkins Blvd, Suite 202<br>El Paso, TX 79925-2654 |
| US SMALL BUSINESS ADMINISTRATION<br>312 N SPRING ST 5TH FLOOR<br>LOS ANGELES CA 90012-4701 | U.S. Small Musiness Admlnistratlon<br>10737 Gateway Hest No. 300<br>El Paso, TX 79935 | US Attorney for the Central District of California<br>David Harris, Chief, Civil Division<br>300 N. Los Angeles Street, 7th Floor<br>Office of the United States Attorney<br>Los Angeles, CA 90012-3308 |
| US Bank Equipment<br>PO Box 790448<br>St Louis, MO 63179-0448 | Uline<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158-3686 | Uline, Inc.<br>PO Box 88741<br>Chicago, IL 60680-1741 |
| United Forklift<br>12401 Slauson Avenue<br>Whittier, CA 90606-2830 | United States Trustee (SA)<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4500 | United States Trustee (SA)<br>Attn Michael Hauser, Trial Attorney<br>411 W Fourth St<br>Suite 7160<br>Santa Ana, CA 92701-4500 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                       **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Vista Paint<br>2020 East Orangethorpe Avenue<br>Fullerton, CA 92831-5327 | West Coast Laminating, Inc.<br>1150 N. Red Gum<br>Unit A<br>Anaheim, CA 92806-2500 | Wired World<br>15055 Manzanares Road<br>La Mirada, CA 90638-3958 |
| Wood Repair Products, Inc.<br>616 North Eckhoff Street<br>Orange, CA 92868-1004 | Wurth Louis and Company<br>895 Columbia St<br>Brea, CA 92821-2933 | XpressMyself.com LLC<br>300 Cadman Plaza West<br>Ste 1303<br>Brooklyn, NY 11201-3226 |
| Z.E.M. Design<br>Jared Warner<br>8405 La Bajada Ave<br>Whittier, CA 90605-1212 | Gregory Kent Jones (TR)<br>Stradling Yocca Carlson & Rauth<br>10100 N. Santa Monica Blvd., Suite 1400<br>Los Angeles, CA 90067-4140 | Biesse America Inc<br>PO Box 19849<br>Charlotte, NC 28219-0849 |
| Amazon Business<br>Amazon Captial Services<br>PO Box 035184<br>Seattle, WA 98124-5184 | | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                    **F 9013-3.1.PROOF.SERVICE**