DAVID M. POITRAS – Bar No. 141309
SUSAN K. SEFLIN – Bar No. 213865
JESSICA L. BAGDANOV – Bar No. 281020
JESSICA S. WELLINGTON – Bar No. 324477
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email:   dpoitras@bg.law
         sseflin@bg.law
         jbagdanov@bg.law
         jwellington@bg.law

Attorneys for Reorganized Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MASHindustries, Inc.,<br><br>        Debtor and Debtor<br>        in Possession. | Case No. 8:24-bk-11046-TA<br><br>Chapter 11<br><br>**DEBTOR'S POST-CONFIRMATION CHAPTER 11 STATUS REPORT**<br><br><u>**Status Conference**</u>**:**<br>Date: May 14, 2025<br>Time: 10:00 a.m.<br>Place: Courtroom 5B<br>       411 W. Fourth Street<br>       Santa Ana, CA |

1

3049325

MASHindustries, Inc., the reorganized debtor herein (the "Debtor"), hereby files its post-confirmation chapter 11 status report (the "Status Report") in connection with its upcoming post-confirmation status conference. In support of the Status Report, the Debtor respectfully represents as follows:

**Plan Confirmation and Current Status of Debtor's Operations**

1. The Debtor's chapter 11 plan [Doc. No. 199] (the "Plan") was confirmed pursuant to Court order entered on January 28, 2025 [Doc. No. 219] (the "Confirmation Order"). In the Plan, the Debtor attached projections to the Plan (Exhibit A) which estimated that all allowed claims would be paid in full by the fourth quarter of 2026.

2. Unfortunately, the Debtor has missed its projections attached as Exhibit A to the Plan by approximately $970,000, which has negatively impacted the Debtor's ability to pay its obligations under the Plan. See, **Exhibit 1** attached hereto, which is a schedule prepared by the Debtor's financial advisor (Broadway Advisors) of each debt owed under the Plan, along with what has been paid to date and what remains owing. The missed projections primarily arise out of delayed projects, most of which are still going forward but much later than the Debtor originally forecasted. The Debtor has also retained a new general manager in January 2025 with over 35 years of experience in manufacturing, millwork and construction. The new general manager has been in senior management positions within the industry for the last 16 years. Since beginning work for the Debtor, the general manager's work has resulted in the Debtor recently being recently awarded a $1.2 million contract that is scheduled to start in June 2025 and the general manager has reported $6.5 million in potential revenue. He is focusing on sales and operations and the Debtor and its professionals believe that he is greatly assisting with the Debtor's ability to obtain new projects.

3. The Debtor's missed projections of approximately $970,000 means that it has been unable to pay approximately $713,000 of its obligations (as set forth on **Exhibit 1** hereto). As set forth in **Exhibit 2** hereto, the Debtor's financial advisors have prepared revised projections which now project that all allowed claims will be paid in full by the third quarter of 2027 (or three quarters later than originally estimated). If necessary, the Debtor can file a motion to modify the Plan to include the new projections (though the original Plan included estimates of when amounts would be

3049325

paid off and not firm dates).

4.  The Debtor's counsel has conferred with the Subchapter V Trustee (the "Trustee") and counsel for the Small Business Administration ("SBA"), both of whom have indicated that they will continue to support the Debtor's Plan even given the delayed payments.

5.  The Debtor's financial advisor has been in contact with the CDTFA with respect to a repayment plan, and confirmed that as long as the Debtor continues to make at least some monthly payments to the CDTFA, the CDTFA will continue to work with the Debtor. The CDTFA represents approximately half of the debt that the Debtor has been unable to pay due to its missed projections.

6.  The Debtor and its professionals believe that conversion will result in not even secured and administrative creditors being paid in full and therefore submit that the Debtor should be allowed to continue to operate under the revised projections attached hereto as **Exhibit 2**. The Debtor and its professionals believe that the Debtor will be able to pay all allowed claims in full (just on a later timeline than set forth in the Plan).

**Status Conference**

7.  The Debtor respectfully requests that the Court continue the status conference to a date that is 180 days out so that the Debtor can update the Court and parties in interest on its progress. If the Court determines that the Debtor needs to seek to modify the Plan given the revised projections, the Debtor will do so.

DATED: April 30, 2025                                       MASHindustries, Inc.

By:_____
    Bernard Brucha, CEO

Prepared by:

BG Law LLP

By: /s/ Susan K. Seflin
    Susan K. Seflin
Attorneys for Reorganized Debtor

3

3049325

**MASH Industries**
January 29, 2025 - April 24, 2025
Schedule Listing for each debt and each class of claims
Effective Date 1/29/25

| Class | Classified Names and Interests | | Total Amount Required to be Paid Under the Plan | Amount Required to be Paid as of the Date of the Report | Amount Actually Paid as of the Date of the Report | Deficiency |
|---|---|---|---|---|---|---|
| Landlord | BSP VBP Propco, LLC (Rent) | (1) | 689,445.28 | 258,541.98 | 172,361.32 | (86,180.66) |
| Landlord | BSP VBP Propco, LLC (Cure Payments) | (1) | 629,433.68 | 192,500.00 | 117,500.00 | (75,000.00) |
| Admin | BG Law LLP, bankruptcy counsel to the Debtor | (2) | 180,177.78 | - | - | - |
| Admin | Broadway Advisors, LLC, financial advisor to the Debtor | (2) | 93,350.50 | - | - | - |
| Admin | Gregory Kent Jones, the Subchapter V Trustee | (2) | 21,762.11 | 21,762.11 | 2,500.00 | (19,262.11) |
| Admin | Stretto Inc., claims, noticing and solicitation agent for the Debtor | (2) | 19,997.96 | 19,997.96 | 2,000.00 | (17,997.96) |
| Admin | Oracle Netsuite (Invoice Dates 12/31/2024 & 02/28/2025) | (3) | 25,293.00 | 25,293.00 | 12,646.50 | (12,646.50) |
| Admin | Wired World (Invoice Dates 10/02/24 - 02/01/25) | (3) | 12,921.10 | 12,921.10 | - | (12,921.10) |
| Admin | Kaiser Permanente (11/25/24 - 02/25/25) | (3) | 52,513.76 | 52,512.86 | 4,843.50 | (47,669.36) |
| Admin | Spectrum (02/21/25 - 04/21/25) | (3) | 6,995.00 | 11,275.94 | 6,995.00 | (4,280.94) |
| Admin | Leaf (11/29/24 - 04/30/25) | (3) | 1,440.42 | 1,442.82 | | (1,442.82) |
| Admin | Claim No. 29-2 - California Department of Tax and Fee Administration ("CDTFA") | (4) | 363,928.49 | 363,928.49 | - | (363,928.49) |
| Priority Tax | Claim No. 15 - CDTFA | | 180,275.48 | 17,892.00 | 2,982.18 | (14,909.82) |
| Priority Tax | Claim No. 21 - City of Los Angeles ("City of LA") | | 6,555.00 | - | - | - |
| 1 | Small Business Administration ("SBA") | | 541,000.00 | 15,030.00 | 12,525.00 | (2,505.00) |
| 2 | US Bank Equipment Finance [Collateral: BIESSE STREAM A-4.0 Edge Bander] | | 77,250.00 | 37,080.00 | - | (37,080.00) |
| 3 | JP Morgan Chase Bank, N.A. [Collateral: Machinery and Equipment] | | 57,994.90 | 38,732.58 | 21,518.10 | (17,214.48) |
| 4 | Dolores Cadena | (5) | 2,879.20 | - | - | - |
| 5 | General Unsecured Claims | (6) | 1,855,719.47 | - | - | - |
| | **Total** | | 4,818,933.13 | 1,068,910.84 | 355,871.60 | (713,039.24) |

**Notes**

(1) The Debtor is in communication with the landlord regarding the remaining outstanding balance and has worked out an arrangement. Security Deposit held by Landlord ($268,275.52).

(2) Approved professional fees are projected to be paid by October 31, 2025.

(3) Vendor payments missed due to cash deficit. For the period November 01, 2024 - April 25, 2025 cash receipts were unfavorable by 24%. Factors contributing to the deficiency include delayed customer payments, unexpected change orders, and revised timelines for new business.

(4) The Debtor was in communication with CDTFA representative K. Acosta to arrange payment plan.

(5) The Debtor does not believe that this is a valid claim and will be objecting to it. If the claim is ultimately allowed as a priority claim, the Debtor will pay it infull upon entry of an order allowing the claim.

(6) This amount is subject to change based upon the resolution of Disputed Claims. Holders of Allowed General Unsecured Claims shall be paid in full from the fourth quarter of 2025 through the fourth quarter of 2027, or earlier if excess cash is available.

Exhibit 1_001

**MASH Industries**
January 29, 2025 - April 24, 2025
Post Confirmation Tax Liabilities
Effective Date 1/29/25

| Tax Liabilities | Amount | Payments | Notes |
|---|---:|---:|---|
| Payroll: Federal Tax - Employee | 96,819.59 | 96,819.59 | Payments remitted to government agency through payroll processing service |
| Payroll: Federal Tax - Employer | 52,162.02 | 52,162.02 | Payments remitted to government agency through payroll processing service |
| Payroll: State Withholding - Employee | 23,249.05 | 23,249.05 | Payments remitted to government agency through payroll processing service |
| Payroll: SUI - Employer | 3,169.98 | 3,169.98 | Payments remitted to government agency through payroll processing service |
| Payroll: Other Tax Employee | 18,532.66 | 18,532.66 | Payments remitted to government agency through payroll processing service |
| Payroll: Other Tax Employer | 77.68 | 77.68 | Payments remitted to government agency through payroll processing service |
| California Department of Tax and Fee Administration ("CDTFA") Sales Tax Jan 29 - Mar 31, 2025 | 52,475.77 | - | Amount per Q1 2025 Sales Tax Return. Payment due April 30, 2025 |
| Sales Tax Apr 01 - Apr 25, 2025 | 36,981.03 | - | Accrued sales tax. Payment due July 31, 2025 |
| **Total** | 283,467.78 | 194,010.98 | |

Exhibit 1_002

**MASHindustries**
**Cash Flow Projection**

| Cash Flow Projection | | 5/31/2025 | 6/30/2025 | 7/31/2025 | 8/31/2025 | 9/30/2025 | 10/31/2025 | 11/30/2025 | 12/31/2025 | TOTAL |
|---|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| **Receipts | Customer Payments** | | | | | | | | | | |
| Commercial Income | (1) | 604,654 | 784,870 | 891,645 | 757,710 | 765,015 | 1,115,716 | 1,354,882 | 851,658 | 7,126,150 |
| Collections | (2) | 100,000 | | 225,000 | 225,000 | | | | | 550,000 |
| **Total Receipts** | | 704,654 | 784,870 | 1,116,645 | 982,710 | 765,015 | 1,115,716 | 1,354,882 | 851,658 | 7,676,150 |
| **Disbursements** | | | | | | | | | | |
| Salaries / Guaranteed Payments (Weekly) | | | | | | | | | | |
| Payroll and ER Taxes /per payroll period | (3) | 272,447 | 217,958 | 217,958 | 272,447 | 217,958 | 217,958 | 272,447 | 217,958 | 2,833,451 |
| Payroll Fees | | 1,875 | 1,500 | 1,500 | 1,875 | 1,500 | 1,500 | 1,875 | 1,500 | 13,125 |
| Payroll /401K | | 1,243 | 995 | 995 | 1,243 | 995 | 995 | 1,243 | 995 | 8,702 |
| **Total Salaries / Guaranteed Payments** | | 275,565 | 220,452 | 220,452 | 275,565 | 220,452 | 220,452 | 275,565 | 220,452 | 2,855,278 |
| **Sales Tax** | | | | | | | | | | |
| Sales Tax | (4) | - | - | 172,246 | - | - | 221,989 | - | - | 394,234 |
| **Total Sales Tax** | | - | - | 172,246 | - | - | 221,989 | - | - | 394,234 |
| **Direct Expense** | | | | | | | | | | |
| D/E Box Truck Vehicle Lease | | 2,675 | 2,675 | 2,675 | 2,675 | 2,675 | 2,675 | 2,675 | 2,675 | 32,100 |
| D/E Vehicle Fuel | (5) | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 10,200 |
| D/E Vehicle Repair/Maintenance/Supplies | (5) | - | - | - | 200 | 400 | - | - | - | 600 |
| D/E Shop Supplies | (5) | - | - | - | - | - | - | - | - | - |
| D/E EDCO Disposal | (5) | 1,129 | 1,129 | 1,129 | 1,129 | 1,129 | 1,129 | 1,129 | 1,129 | 9,033 |
| D/E Equipment Rental/Propane | (5) | - | - | - | - | - | - | - | - | - |
| D/E Small Tools | (5) | - | - | - | - | - | - | - | - | - |
| D/E Vendor Payments | on project % complete | (6) | 226,163 | 196,217 | 279,161 | 245,677 | 191,254 | 278,929 | 338,721 | 212,915 | 1,969,037 |
| **Total Direct Expense** | | 231,243 | 201,297 | 284,240 | 250,957 | 196,733 | 284,008 | 343,800 | 217,994 | 2,020,971 |
| **Overhead** | | | | | | | | | | |
| O/H Workers Compensation | (7) | 17,000 | 5,619 | 5,619 | 7,024 | 5,619 | 5,619 | 7,024 | 5,619 | 84,793 |
| O/H Health Benefits | (8) | 16,077 | 16,077 | 16,077 | 16,077 | 16,077 | 16,077 | 16,077 | 16,077 | 128,612 |
| O/H Corporate & General Liability Insurance | (9) | 6,862 | 16,862 | 16,862 | 16,862 | 16,862 | 16,862 | 16,862 | 16,862 | 124,896 |
| O/H Auto Insurance/Shop Trucks | (9) | 2,066 | 10,566 | 10,566 | 10,566 | 10,566 | 10,566 | 10,566 | 10,566 | 76,031 |
| O/H IT Services/Servers/Security/Data | | 500 | 500 | 500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 19,000 |
| O/H Software/Licenses/NetSuite/Other | | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 12,750 | 5,000 | 47,750 |
| O/H Internet/Data | | 1,399 | 1,399 | 1,399 | 1,399 | 1,399 | 1,399 | 1,399 | 1,399 | 11,192 |
| O/H Cellular Phones | | 2,075 | 2,075 | 2,075 | 2,075 | 2,075 | 2,075 | 2,075 | 2,075 | 16,600 |
| O/H Licenses and Fees | | 357 | 357 | 357 | 357 | 357 | 357 | 357 | 357 | 2,856 |
| O/H Office Supply/Expense/Postage | | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 1,200 |
| O/H Equipment Rental/Copier | | 238 | 700 | 238 | 238 | 700 | 238 | 238 | 700 | 3,290 |
| O/H Utilities | | 7,500 | 7,500 | 7,500 | 9,000 | 9,000 | 8,500 | 7,500 | 7,000 | 63,500 |
| O/H Rent | | 86,181 | 172,361 | 27,772 | - | - | - | - | 27,772 | 314,086 |
| O/H Professional Services/Legal Fees | | - | - | - | 2,000 | 2,000 | 2,000 | - | - | 6,000 |
| O/H Overhead Miscellaneous Taxes and Fees | | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 5,600 |
| O/H Equipment Leases | | 7,394 | 5,629 | 3,090 | 3,090 | 3,090 | 3,090 | 3,090 | 3,090 | 31,562 |
| Moving Expenses | | - | - | 205,544 | 150,000 | - | - | - | - | 355,544 |
| SBA Loan | (10) | 2,505 | 2,505 | 2,505 | 2,505 | 2,505 | 2,505 | 2,505 | 2,505 | 20,040 |
| **Total Overhead** | | 156,003 | 248,000 | 305,954 | 230,543 | 79,600 | 78,638 | 84,793 | 103,372 | 1,312,553 |
| **Operating Disbursements Total** | | 662,811 | 669,749 | 982,892 | 757,065 | 496,785 | 805,087 | 704,158 | 541,818 | 6,583,036 |
| **Operating Cash Generated/(Used)** | | 41,843 | 115,121 | 133,752 | 225,645 | 268,230 | 310,629 | 650,724 | 309,840 | 1,093,114 |
| **Post-Petition Payment Arrangements** | | | | | | | | | | |
| Sales Tax | Payment Plan | (11) | 2,982 | 2,982 | 2,982 | 2,982 | 2,982 | 2,982 | 2,982 | 159,400 | 180,275 |
| O/H Rent | prior balance | (12) | 37,500 | 37,500 | 37,500 | - | - | - | - | - | 112,500 |
| Billd Exchange Stipulations | (13) | - | - | - | - | - | - | - | - | - |
| **Total Post-Petition Payment Arrangements** | | 40,482 | 40,482 | 40,482 | 2,982 | 2,982 | 2,982 | 2,982 | 159,400 | 292,775 |
| **Total Cash Generated/Used After Post-Petition Arrangements** | | 1,361 | 74,639 | 93,270 | 222,663 | 265,248 | 307,647 | 647,742 | 150,440 | 800,339 |
| **Restructuring Costs** | | | | | | | | | | |
| Legal (BG Law ) | (14) | | | | | 110,024 | 110,024 | | | 220,048 |
| Stretto | (14) | | | | | 8,999 | 8,999 | | | 17,998 |
| Financial Advisor (Broadway Advisors) | (14) | | | | | 46,675 | 46,675 | | | 93,351 |
| Notice and Service | | | | | | | - | | | - |
| Subchapter V Trustee Fees | (14) | | | | | 10,881 | 10,881 | | | 21,762 |
| **Total Restructuring Costs** | | - | - | - | - | 176,579 | 176,579 | - | - | 353,159 |
| **Total Disbursements** | | 703,293 | 710,231 | 1,023,375 | 760,047 | 676,347 | 984,649 | 707,140 | 701,218 | 7,228,970 |
| **Total Cash Generated/(Used)** | | 1,361 | 74,639 | 93,270 | 222,663 | 88,668 | 131,067 | 647,742 | 150,440 | 447,180 |
| **Less Working Capital Reserve** | (15) | | | | | | | | (400,000) | |
| **Disposable Income** | | | | | | | | | 1,009,850 | |
| **Cash Balance, Beginning** | | - | 1,361 | 75,999 | 169,270 | 391,933 | 480,601 | 611,668 | 1,259,411 | - |
| Plus Receipts | | 704,654 | 784,870 | 1,116,645 | 982,710 | 765,015 | 1,115,716 | 1,354,882 | 851,658 | 7,676,150 |
| Less Operating Disbursements | | (703,293) | (710,231) | (1,023,375) | (760,047) | (676,347) | (984,649) | (707,140) | (701,218) | (6,266,299) |
| Less Payments from Disposable Income | | - | - | - | - | - | - | - | (1,009,850) | (1,009,850) |
| **Cash Balance, Ending** | (15) | 1,361 | 75,999 | 169,270 | 391,933 | 480,601 | 611,668 | 1,259,411 | 400,000 | 400,000 |
| **Pre-Petition Claims** | | | | | | | | | | |
| **Priority Claim Balance, Beginning** | (16) | 189,701 | 186,719 | 183,736 | 180,754 | 177,772 | 174,790 | 171,808 | 168,825 | 189,701 |
| Less Payments from Disposable Income to POC-15 | (11) | (2,982) | (2,982) | (2,982) | (2,982) | (2,982) | (2,982) | (2,982) | (159,400) | (180,275) |
| Less Payments from Disposable Income to POC-21 | | | | | | | | | (6,555) | (6,555) |
| Less Payments from Disposable Income to POC-16 | | | | | | | | | (2,870) | (2,870) |
| **Priority Claim Balance, Remaining** | | 186,719 | 183,736 | 180,754 | 177,772 | 174,790 | 171,808 | 168,826 | - | 1 |
| **General Unsecured Claim Balance, Beginning** | (17) | 2,335,153 | 2,297,653 | 2,260,153 | 1,984,653 | 1,984,653 | 1,984,653 | 1,984,653 | 1,984,653 | 2,410,153 |
| Less Payment of Landlord Cure Amount** | (12) (13) | (37,500) | (37,500) | (275,500) | - | - | - | - | - | (425,500) |
| Less Payments from Disposable Income | | | | | | | | | (300,136) | (300,136) |
| **General Unsecured Claim Balance, Remaining** | | 2,297,653 | 2,260,153 | 1,984,653 | 1,984,653 | 1,984,653 | 1,984,653 | 1,984,653 | 1,684,517 | 1,684,518 |

**The $238,000 payment to the Landlord in July 2025 will come from the Landlord applying the pre-petition deposit

Exhibit 2_001

Printed on: 4/29/2025

**MASHindustries**
**Cash Flow Projection**

| Cash Flow Projection | | Q1 2026 | Q2 2026 | Q3 2026 | Q4 2026 | TOTAL |
|---|---|---|---|---|---|---|
| **Receipts | Customer Payments** | | | | | | |
| Commercial Income | (1) | 1,623,005 | 1,953,983 | 1,797,036 | 2,155,674 | 7,529,698 |
| Collections | (2) | - | - | - | - | - |
| **Total Receipts** | | 1,623,005 | 1,953,983 | 1,797,036 | 2,155,674 | 7,529,698 |
| | | | | | | |
| **Disbursements** | | | | | | |
| Salaries / Guaranteed Payments (Weekly) | | | | | | |
| Payroll and ER Taxes /per payroll period | (3) | 720,340 | 720,340 | 720,340 | 720,340 | 2,881,362 |
| Payroll Fees | | 4,875 | 4,875 | 4,875 | 4,875 | 19,500 |
| Payroll /401K | | 3,232 | 3,232 | 3,232 | 3,232 | 12,929 |
| **Total Salaries / Guaranteed Payments** | | 728,448 | 728,448 | 728,448 | 728,448 | 2,913,791 |
| **Sales Tax** | | | | | | |
| Sales Tax | (4) | 66,004 | 125,783 | 151,434 | 139,270 | 482,490 |
| **Total Sales Tax** | | 66,004 | 125,783 | 151,434 | 139,270 | 482,490 |
| **Direct Expense** | | | | | | |
| D/E Box Truck Vehicle Lease | | 8,025 | 8,025 | 8,025 | 8,025 | 32,100 |
| D/E Vehicle Fuel | (5) | 3,902 | 3,902 | 3,902 | 3,902 | 15,606 |
| D/E Vehicle Repair/Maintenance/Supplies | (5) | - | - | 600 | - | 600 |
| D/E Shop Supplies | (5) | - | - | - | - | - |
| D/E EDCO Disposal | (5) | 3,455 | 3,455 | 3,455 | 3,455 | 13,821 |
| D/E Equipment Rental/Propane | (5) | - | - | - | - | - |
| D/E Small Tools | (5) | - | - | - | - | - |
| D/E Vendor Payments | on project % complete | (6) | 405,751 | 488,496 | 449,259 | 538,919 | 1,882,424 |
| **Total Direct Expense** | | 421,133 | 503,877 | 465,241 | 554,300 | 1,944,551 |
| | | | | | | |
| **Overhead** | | | | | | |
| O/H Workers Compensation | (7) | 18,615 | 30,360 | 18,615 | 18,615 | 86,205 |
| O/H Health Benefits | (8) | 51,123 | 51,123 | 51,123 | 51,123 | 204,493 |
| O/H Corporate & General Liability Insurance | (9) | 53,621 | 61,021 | 21,822 | 21,822 | 158,287 |
| O/H Auto Insurance/Shop Trucks | (9) | 33,601 | 27,099 | 6,570 | 6,570 | 73,840 |
| O/H IT Services/Servers/Security/Data | | 10,500 | 10,500 | 10,500 | 10,500 | 42,000 |
| O/H Software/Licenses/NetSuite/Other | | 15,000 | 15,000 | 15,000 | 23,000 | 68,000 |
| O/H Internet/Data | | 4,197 | 4,197 | 4,197 | 4,197 | 16,788 |
| O/H Cellular Phones | | 6,225 | 6,225 | 6,225 | 6,225 | 24,900 |
| O/H Licenses and Fees | | 1,071 | 1,071 | 1,071 | 1,071 | 4,284 |
| O/H Office Supply/Expense/Postage | | 450 | 450 | 450 | 450 | 1,800 |
| O/H Equipment Rental/Copier | | 1,176 | 1,176 | 1,176 | 1,176 | 4,704 |
| O/H Utilities | | 21,000 | 22,500 | 25,500 | 23,000 | 92,000 |
| O/H Rent | | 83,316 | 83,316 | 85,816 | 85,816 | 338,264 |
| O/H Professional Services/Legal Fees | | - | - | 4,000 | 2,000 | 6,000 |
| O/H Overhead Miscellaneous Taxes and Fees | | 2,100 | 2,100 | 2,100 | 2,100 | 8,400 |
| O/H Equipment Leases | | 9,270 | 3,090 | - | - | 12,360 |
| Moving Expenses | | - | - | - | - | - |
| SBA Loan | (10) | 7,515 | 7,515 | 7,515 | 7,515 | 30,060 |
| **Total Overhead** | | 318,781 | 326,744 | 261,680 | 265,180 | 1,172,385 |
| | | | | | | |
| **Operating Disbursements Total** | | 1,534,365 | 1,684,852 | 1,606,802 | 1,687,198 | 6,513,217 |
| | | | | | | |
| **Operating Cash Generated/(Used)** | | 88,640 | 269,130 | 190,234 | 468,476 | 1,016,480 |
| | | | | | | |
| **Post-Petition Payment Arrangements** | | | | | | |
| Sales Tax | Payment Plan | (11) | - | - | - | - | - |
| O/H Rent | prior balance | (12) | - | - | - | - | - |
| Billd Exchange Stipulations | (13) | - | - | - | - | - |
| **Total Post-Petition Payment Arrangements** | | - | - | - | - | - |
| | | | | | | |
| **Total Cash Generated/Used After Post-Petition Arrangements** | | 88,640 | 269,130 | 190,234 | 468,476 | 1,016,480 |
| | | | | | | |
| **Restructuring Costs** | | | | | | |
| Legal (BG Law) | (14) | | | | | - |
| Stretto | (14) | | | | | - |
| Financial Advisor (Broadway Advisors) | (14) | | | | | - |
| Notice and Service | | | | | | - |
| Subchapter V Trustee Fees | (14) | | | | | - |
| **Total Restructuring Costs** | | - | - | - | - | - |
| | | | | | | |
| **Total Disbursements** | | 1,534,365 | 1,684,852 | 1,606,802 | 1,687,198 | 6,513,217 |
| **Total Cash Generated/(Used)** | | 88,640 | 269,130 | 190,234 | 468,476 | 1,016,480 |
| | | | | | | |
| **Less Working Capital Reserve** | (15) | | | | (400,000) | |
| **Disposable Income** | | | | | 1,016,480 | |
| | | | | | | |
| **Cash Balance, Beginning** | | 400,000 | 488,640 | 757,771 | 948,004 | 400,000 |
| Plus Receipts | | 1,623,005 | 1,953,983 | 1,797,036 | 2,155,674 | 7,529,698 |
| Less Operating Disbursements | | (1,534,365) | (1,684,852) | (1,606,802) | (1,687,198) | (6,513,217) |
| Less Payments from Disposable Income | | - | - | - | (1,016,480) | (1,016,480) |
| **Cash Balance, Ending** | (15) | 488,640 | 757,771 | 948,004 | 400,000 | 400,000 |
| | | | | | | |
| **Pre-Petition Claims** | | | | | | |
| **Priority Claim Balance, Beginning** | (16) | - | - | - | - | - |
| Less Payments from Disposable Income to POC-15 | (11) | - | - | - | - | - |
| Less Payments from Disposable Income to POC-21 | | | | | | |
| Less Payments from Disposable Income to POC-16 | | | | | | |
| **Priority Claim Balance, Remaining** | | - | - | - | - | - |
| | | | | | | |
| **General Unsecured Claim Balance, Beginning** | (17) | 1,684,518 | 1,684,518 | 1,684,518 | 1,684,518 | 1,684,518 |
| Less Payment of Landlord Cure Amount** | (12) (13) | - | - | - | - | - |
| Less Payments from Disposable Income | | - | - | - | (1,016,480) | (1,016,480) |
| **General Unsecured Claim Balance, Remaining** | | 1,684,518 | 1,684,518 | 1,684,518 | 668,037 | 668,037 |

**The $238,000 payment to the Landlord in July 2025 will come from the Landl

Exhibit 2, 002
Printed On: 4/29/2025

**MASHindustries**
**Cash Flow Projection**

| Cash Flow Projection | | Q1 2027 | Q2 2027 | Q3 2027 | Q4 2027 | TOTAL |
|---|---|---|---|---|---|---|
| **Receipts | Customer Payments** | | | | | | |
| Commercial Income | (1) | 1,919,302 | 1,961,439 | 2,018,855 | 2,191,103 | 8,090,699 |
| Collections | (2) | - | - | - | - | - |
| **Total Receipts** | | 1,919,302 | 1,961,439 | 2,018,855 | 2,191,103 | 8,090,699 |
| | | | | | | |
| **Disbursements** | | | | | | |
| Salaries / Guaranteed Payments (Weekly) | | | | | | |
| Payroll and ER Taxes /per payroll period | (3) | 732,318 | 732,318 | 732,318 | 732,318 | 2,929,273 |
| Payroll Fees | | 4,875 | 4,875 | 4,875 | 4,875 | 19,500 |
| Payroll /401K | | 3,232 | 3,232 | 3,232 | 3,232 | 12,929 |
| **Total Salaries / Guaranteed Payments** | | 740,425 | 740,425 | 740,425 | 740,425 | 2,961,701 |
| **Sales Tax** | | | | | | |
| Sales Tax | (4) | 167,065 | 148,746 | 152,012 | 156,461 | 624,283 |
| **Total Sales Tax** | | 167,065 | 148,746 | 152,012 | 156,461 | 624,283 |
| **Direct Expense** | | | | | | |
| D/E Box Truck Vehicle Lease | | 5,350 | - | - | - | 5,350 |
| D/E Vehicle Fuel | (5) | 3,980 | 3,980 | 3,980 | 3,980 | 15,918 |
| D/E Vehicle Repair/Maintenance/Supplies | (5) | - | - | 600 | - | 600 |
| D/E Shop Supplies | (5) | - | - | - | - | - |
| D/E EDCO Disposal | (5) | 3,524 | 3,524 | 3,524 | 3,524 | 14,097 |
| D/E Equipment Rental/Propane | (5) | - | - | - | - | - |
| D/E Small Tools | (5) | - | - | - | - | - |
| D/E Vendor Payments | on project % complete | (6) | 479,826 | 490,360 | 504,714 | 547,776 | 2,022,675 |
| **Total Direct Expense** | | 492,679 | 497,864 | 512,818 | 555,280 | 2,058,640 |
| | | | | | | |
| **Overhead** | | | | | | |
| O/H Workers Compensation | (7) | 18,968 | 30,713 | 18,968 | 18,968 | 87,618 |
| O/H Health Benefits | (8) | 54,191 | 54,191 | 54,191 | 54,191 | 216,763 |
| O/H Corporate & General Liability Insurance | (9) | 23,131 | 41,131 | 23,131 | 23,131 | 110,525 |
| O/H Auto Insurance/Shop Trucks | (9) | 6,964 | 11,981 | 14,489 | 14,489 | 47,924 |
| O/H IT Services/Servers/Security/Data | | 10,500 | 10,500 | 10,500 | 10,500 | 42,000 |
| O/H Software/Licenses/NetSuite/Other | | 15,000 | 15,000 | 15,000 | 23,500 | 68,500 |
| O/H Internet/Data | | 4,197 | 4,197 | 4,197 | 4,197 | 16,788 |
| O/H Cellular Phones | | 6,225 | 6,225 | 6,225 | 6,225 | 24,900 |
| O/H Licenses and Fees | | 1,071 | 1,071 | 1,071 | 1,071 | 4,284 |
| O/H Office Supply/Expense/Postage | | 450 | 450 | 450 | 450 | 1,800 |
| O/H Equipment Rental/Copier | | 1,176 | 1,176 | 1,176 | 1,176 | 4,704 |
| O/H Utilities | | 21,000 | 22,500 | 25,500 | 23,000 | 92,000 |
| O/H Rent | | 85,816 | 85,816 | 88,390 | 88,390 | 348,412 |
| O/H Professional Services/Legal Fees | | - | - | 4,000 | 2,000 | 6,000 |
| O/H Overhead Miscellaneous Taxes and Fees | | 2,100 | 2,100 | 2,100 | 2,100 | 8,400 |
| O/H Equipment Leases | | - | - | - | - | - |
| Moving Expenses | | - | - | - | - | - |
| SBA Loan | (10) | 7,515 | 7,515 | 7,515 | 7,515 | 30,060 |
| **Total Overhead** | | 258,304 | 294,566 | 276,904 | 280,904 | 1,110,678 |
| | | | | | | |
| **Operating Disbursements Total** | | 1,658,474 | 1,681,601 | 1,682,158 | 1,733,070 | 6,755,303 |
| | | | | | | |
| **Operating Cash Generated/(Used)** | | 260,829 | 279,838 | 336,697 | 458,033 | 1,335,397 |
| | | | | | | |
| **Post-Petition Payment Arrangements** | | | | | | |
| Sales Tax | Payment Plan | (11) | - | - | - | - | - |
| O/H Rent | prior balance | (12) | - | - | - | - | - |
| Billd Exchange Stipulations | (13) | - | - | - | - | - |
| **Total Post-Petition Payment Arrangements** | | - | - | - | - | - |
| | | | | | | |
| **Total Cash Generated/Used After Post-Petition Arrangements** | | 260,829 | 279,838 | 336,697 | 458,033 | 1,335,397 |
| | | | | | | |
| **Restructuring Costs** | | | | | | |
| Legal (BG Law ) | (14) | | | | - | - |
| Stretto | (14) | | | | - | - |
| Financial Advisor (Broadway Advisors) | (14) | | | | - | - |
| Notice and Service | | | | | - | - |
| Subchapter V Trustee Fees | (14) | | | | - | - |
| **Total Restructuring Costs** | | - | - | - | - | - |
| | | | | | | |
| **Total Disbursements** | | 1,658,474 | 1,681,601 | 1,682,158 | 1,733,070 | 6,755,303 |
| **Total Cash Generated/(Used)** | | 260,829 | 279,838 | 336,697 | 458,033 | 1,335,397 |
| | | | | | | |
| **Less Working Capital Reserve** | (15) | | | (400,000) | (400,000) | |
| **Disposable Income** | | | | | 1,335,397 | |
| | | | | | | |
| **Cash Balance, Beginning** | | 400,000 | 660,829 | 940,667 | 1,277,364 | 400,000 |
| Plus Receipts | | 1,919,302 | 1,961,439 | 2,018,855 | 2,191,103 | 8,090,699 |
| Less Operating Disbursements | | (1,658,474) | (1,681,601) | (1,682,158) | (1,733,070) | (6,755,303) |
| Less Payments from Disposable Income | | - | - | - | (668,037) | (668,037) |
| **Cash Balance, Ending** | (15) | 660,829 | 940,667 | 1,277,364 | 1,067,360 | 1,067,360 |
| | | | | | | |
| **Pre-Petition Claims** | | | | | | |
| **Priority Claim Balance, Beginning** | (16) | - | - | - | - | - |
| Less Payments from Disposable Income to POC-15 | (11) | - | - | - | - | - |
| Less Payments from Disposable Income to POC-21 | | | | | | |
| Less Payments from Disposable Income to POC-16 | | | | | | |
| **Priority Claim Balance, Remaining** | | - | - | - | - | - |
| | | | | | | |
| **General Unsecured Claim Balance, Beginning** | (17) | 668,037 | 668,037 | 668,037 | 668,037 | 668,037 |
| Less Payment of Landlord Cure Amount** | (12) (13) | - | - | - | | |
| Less Payments from Disposable Income | | - | - | - | (668,037) | (668,037) |
| | | | | | | |
| **General Unsecured Claim Balance, Remaining** | | 668,037 | 668,037 | 668,037 | - | - |

**The $238,000 payment to the Landlord in July 2025 will come from the Landl

Exhibit 2, 003

Printed on: 4/29/2025

| MASHindustries Cash Flow Projection Assumptions | |
|---|---|
| (1) | Cash Receipts for the period May 2025 - December 2025 reflect progress payments as outlined in currently active existing contracts that are scheduled to start by June 2025.<br>Subsequent Cash Receipts, as filed with the Plan, were projected based on historical revenue and were projected to grow at 15% year over year based upon existing bids, historical revenue trends, industry growth rates, and Debtor's experience within the industry. Over the last six months, however, the Debtor experienced delays in start dates that delayed cash receipts. As a result, Cash Receipts growth rates were were reduced to a 5% increase in 2026 and a 7% increase in 2027. |
| (2) | Represents disputed receivables by customers, however, is currently in the final stages of payment negotiations and expects to receive payments between May 2025 - August 2025. |
| (3) | Payroll and ER taxes are based on current labor force and reflect cost of living increases of 2% annually in addition to adjustments to labor in order to achieve projected revenue growth. |
| (4) | As a result of delayed start dates and collection issues, the Debtor has been unable to pay CDTFA Administrative Claim. The projections reflect the Debtor will be in a position to begin making timely Quarterly payments for Q2 2025 in July 2025 and can begin paying down tax liabilities for the period Q2 2024 - Q1 2025 in November 2025. |
| (5) | Direct expenses are projected based on historical monthly average and increase by 2% annually. |
| (6) | Vendor payments reflect material purchases based upon a historical average of 20% of contract value. Based upon the prior six months, material purchases have been increased to 25% to reflect to reflect higher supply costs. |
| (7) | Workers compensation projected based on Payroll and ER Taxes at a rate of 6.67% for manufacturing and .26% for all other employees. |
| (8) | Health benefits are based on current Payroll and ER Taxes and increase 6% annually. |
| (9) | Insurance based on current policies and increase 5% annually. |
| (10) | Repayment of SBA Loan was scheduled to begin August 2024. Per loan agreement the loan amount is $499K at an interest rate of 3.75% and repayment period of 30 Years. However, due to cash flow constraints the Debtor was unable to make certain payments which has resulted in a past due balance of $7,515. Based on projections, the Debtor will pay the delinquent balance in November 2025. |
| (11) | Per a pre-petition payment agreement regarding 2023 Sales & Use Tax, amount includes monthly payment of $2,982 for the period September 2024 through December 2025 with an additional payment from disposable income in December 2025 in the amount of $144,968. However, due to cash flow constraints the Debtor has not been to make payments. Based on projections, the Debtor can begin making monthly $2,982 payments in May 2025 and is expected to make the lump sum payment in December 2025, as stated in the Plan. |
| (12) | Payment on past due rent totals $629,433.78. Reflects monthly payment of $37,500 for period Nov 2024 through June 2025 (total $300,000) plus lump sum of $238,000 in June 2025. Landlord may apply the security deposit to the lump sum without further authorization from the Court. Difference of $91,433.68 will be paid by MASH Studios in monthly installments during the period Jan 2025 - May 2025. However, due to cash flow constraints the Debtor has been unable to pay the landlord timely. The Debtor continues to be in communication with the landlord and is making payments regularly. The final payment remains to be scheduled in June 2025, as stated in the Plan. |
| (13) | Reflect pre-petition payments in accordance with Stipulations approved by the Court. |
| (14) | Reflects fees as approved by the court. Due to the the delayed project start dates and collection issues, the Debtor is not in a position to pay professionals. Based on projections, professionals will receive payments in September 2025 and October 2025. |
| (15) | Reflects working capital reserve of $400,000, if available. |
| (16) | Priority claims consist of $186,000 in miscellaneous taxes and a $2,870 in wage claims. |
| (17) | Amount reflects total general unsecured claims of $8.9 Million less $6.4 Million claim from Insider MASH studios. In addition to the general unsecured claims scheduled, there were 26 proof of claims submitted which include a $341,000 claim related to an unliquidated scheduled claim listed as Undertermined, $68,000 trade claim, and $35,000 early termination fee. |

**Exhibit 2_004**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367**.

A true and correct copy of the foregoing document entitled: **DEBTOR'S POST-CONFIRMATION CHAPTER 11 STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 30, 2025,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Michele S Assayag**    massayag@swlaw.com, kroger@swlaw.com
- **Shawn M Christianson**    cmcintire@buchalter.com, schristianson@buchalter.com
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **Gregory Kent Jones (TR)**    gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
- **Anne C Manalili**    anne.manalili@sba.gov
- **David W. Meadows**    david@davidwmeadowslaw.com
- **Elissa Miller**    elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com
- **Alan Novodor**    novodor@msn.com
- **Matthew D Pham**    mpham@allenmatkins.com, mdiaz@allenmatkins.com
- **David M Poitras**    dpoitras@bg.law
- **Susan K Seflin**    sseflin@bg.law
- **Alan G Tippie**    Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Jessica Wellington**    jwellington@bg.law, ecf@bg.law

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**THE REQUIREMENT OF LBR 5005-2(d) TO PROVIDE JUDGES COPIES IS SUSPENDED AT THIS TIME.**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____**, 2024,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 30, 2025 | JESSICA STUDLEY | /s/ Jessica Studley |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.